IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:08-CV-20 |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) ) ) |
| | ) JURY DEMANDED |
|     Defendants. | ) ) |

## NOTICE OF APPEARANCE OF T. JOHN WARD, JR.

COMES NOW Plaintiff, ESN, LLC, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, T. John Ward, Jr., State Bar Number 00794818, of the Ward & Smith Law Firm, P.O. Box 1231, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Johnny Ward
T. John Ward, Jr.
State Bar No. 00794818

Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@jwfirm.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 6th day of March, 2008.

_____
T. John Ward, Jr.