UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. and<br>CISCO-LINKSYS LLC,<br><br>                Defendants. | CIVIL ACTION NO. 5:08-CV-20<br><br>**JURY TRIAL DEMANDED** |

## **CISCO-SYSTEMS, INC. AND CISCO-LINKSYS LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Cisco Systems, Inc. and Cisco-Linksys LLC make the following disclosures.

1. Cisco Systems, Inc. has no parent corporation.

2. No company owns 10% or more of the stock of Cisco Systems, Inc.

3. Cisco Systems, Inc. is the parent corporation of Cisco-Linksys LLC.

4. No other corporation owns 10% or more of the stock of Cisco-Linksys LLC.

DATED: March 6, 2008　　　　　　　　　　Respectfully submitted,

MCKOOL SMITH, P.C.

　　/s/ Garret W. Chambers_____

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Charles K. Verhoeven
California State Bar No. 170151
charlesverhoeven@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875.6600
Facsimile: (415) 875.6700

Victoria F. Maroulis
California State Bar No. 202603
(admitted in E.D. Tex.)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 6, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Garret W. Chambers
Garret W. Chambers