IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|        Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:08-CV-20 |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
|        Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ESN, LLC submits its Corporate Disclosure Statement. Plaintiff ESN, LLC does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

_____
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75605
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

Of counsel:
George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
McAndrews, Held & Malloy Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com
Attorneys for Plaintiff ESN, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this 19th day of March, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Eric M. Albritton
Eric M. Albritton