**Appendix K**                                                                                                              Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION
## APPLICATION TO APPEAR PRO HAC VICE



1. This application is being made for the following: Case # __5:08-CV-20-DF__

   Style: __ESN LLC v. Cisco Systems, Inc., et al..__

2. Applicant is representing the following party/ies: __Cisco Systems, Inc. & Cisco-Linksys, LLC__

3. Applicant was admitted to practice in __CA__ (state) on __October 30, 2007__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: __Supreme Court of New York, Second Appellate Division; Supreme Court of California; Court of Appeals for the Federal Circuit__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Kevin A. Smith__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __March 17, 2008__                    Signature __[signature]__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Kevin A. Smith
State Bar Number CA 250814
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box: 50 California Street, 22nd Floor
City/State/Zip: San Francisco, CA 94111
Telephone #: Telephone: (415) 875 6600
Fax #: Facsimile: (415) 875 6700
E-mail Address: kevinsmith@quinnemanuel.com
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 3-20-08

DAVID J. MALAND

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Mae Velvin*
Deputy Clerk

# Receipt for Payment

Receipt No: 5-1-0001274

## United States District Court

for the
Eastern District of Texas at Texarkana

Date: Thursday, March 20, 2008

Received from:

**Quinn Emanuel Oliver & Hedges LLP**

**50 California Street, 22nd Floor**

**San Francisco CA 94111**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| Total | $25.00 |

Payment method: Check

Case or other reference: 508cv20

Comments: PHV for Kevin A Smith; CHECK #40671

Received by: **MV**