UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC. and<br>CISCO-LINKSYS LLC,<br><br>      Defendants. | CIVIL ACTION NO. 5:08-CV-20<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Victoria Maroulis, enters her appearance in this matter for Defendants Cisco Systems, Inc. and Cisco-Linksys LLC for the purpose of receiving notices and orders from the Court.

Dated:  March 24, 2008    Respectfully submitted,

               By:  /s/ Victoria F. Maroulis

               VICTORIA F. MAROULIS
               Cal. Bar No. 202603 (admitted in E.D. Tex.)
               555 Twin Dolphin Dr., Suite 560
               Redwood Shores, California 94065
               Telephone:  (650) 801-5000
               Facsimile:  (650) 801-5100
               victoriamaroulis@quinnemanuel.com

               Attorney for Defendants
               Cisco Systems, Inc. and Cisco-Linksys, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 24, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

By:     /s/ Kevin A. Smith