IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

ESN LLC                         )(
                                )(
V.                              )(      CIVIL NO. 5:08CV20
                                )(
CISCO SYSTEMS                   )(

ATTORNEY FOR PLAINTIFFS:    Eric Albritton; George McAndrews

ATTORNEY FOR DEFENDANTS:    Garret Chambers; Victoria Maroulis

LAW CLERK:                  Grant Yang and Jinyung Lee

COURTROOM DEPUTY:           Mel Martin

COURT REPORTER:             Libby Crawford

SCHEDULING CONFERENCE
April 22, 2008 @ 10:00 am

OPEN: 10:00 _____ ADJOURN:   10:10

10:00   ct opens; ct/ scheduling conference;

10:01   Albritton/ basic technology;

10:01   ct/ claims asserted;

10:01   Albritton/ responds;

10:01   ct/ technical advisor not necessary;

10:02   Albritton/ we feel that it is not necessary;

10:02   Maroulis/ responds; and feel we can explain technology to the ct

10:02   ct/ protective order

10:02   Albritton/ not done but should have something in the next 30 days;

10:02   Maroulis/ agrees;

10:02   ct/ encourage pty to try and work through that; claim construction when ptys are talking in terms of claim construction;

10:03   Albritton/ responds;

10:03   ct/ 1st claim construction month is June of 2009;

10:04   ptys agree;

10:04   ct/ June 11th, 2009 for claim construction; a couple hrs each side; ptys agree; tutorial the day before would that be helpful 30 to 45 mins each side;

10:04   Maroulis/ yes on tutorial and would like an hour

10:04   Albritton/ 30 mins for tutorial

10:04   ct/ will give 45 mins each side for tutorial;

10:05   Albritton/ suggest February 2010

10:05   Maroulis/ April 2010;

10:05   ct/ will set for April 2010, FPT, tutorial will start at 2pm 6/10/09 and claim construction at 9 am 6/11/2009; FPT 4/5/2010; discovery and limitations;

10:06   Albritton/ all agreed;

10:07   ct/ 30(b)6 witness'

10:07   Albritton/ agreed with cts presumptive limits;

10:07   ct/ will enter order on motion practice; any other matters;

10:08   Maroulis/ length of trial

10:08   ct/ to early for that;

10:08   Maroulis/ one more issue, inter-pty re-exam; may explore motion to stay

10:09   ct/ will take that up if filed;

10:09   Albritton/ briefing

10:09   ct/ tweak docket control order with claim construction date; submit docket control order in 30 days if you can't agree submit competing dates;

10:10   adjourned;