IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ESN, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:08-CV-20 (DF)** |
| § | |
| **CISCO SYSTEMS, INC., and CISCO-** § | |
| **LINKSYS, LLC,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Due to the large number of patent cases pending on the Court's docket, resulting in voluminous motion practice, the Court finds it necessary to implement procedures applying to future motions to be submitted in recently filed cases. This procedure is necessary to allow the Court to manage its docket in a timely fashion.

The procedure is as follows:

Summary Judgment Motions: Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than five (5) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing summary judgment motions. Answering letter briefs in each of those matters shall be no longer than five (5) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than five (5) days thereafter. The Court shall hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be

permitted.

Motions to Strike Expert Testimony/Daubert Motions: Prior to filing any Motions to Strike or Daubert Motions, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than three (3) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing Motions to Strike or Daubert Motions. Answering letter briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than two (2) pages and filed with the Court no later than five (5) days thereafter. The Court shall hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted.

Motions *in Limine*: Prior to filing any Motions *in Limine*, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than three (3) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing Motions *in Limine*. Answering letter briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than two (2) pages and filed with the Court no later than five (5) days thereafter. The Court shall hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted.

For all of the above mentioned motions, the letter briefs shall be filed without exhibits. Any requests to submit letter briefs after the deadlines outlined above must show good cause.

It is so **ORDERED**.

**SIGNED this 22nd day of April, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE