I L E D
ᴏ. DISTRICT COURT
ᴇRN DISTRICT OF TEXA

MAY 2 2 2008

DAVID J. MALAND, CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 5:08-CV-20-DF |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., and | ) | |
| CISCO-LINKSYS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DOCKET CONTROL ORDER

| Step | Action | Rule | Due Date |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1 FRCP 26(f) | **April 22, 2008** |
| 2 | ESN serves disclosure of asserted claims and preliminary infringement contentions of a reasonable number of representative claims | Patent L.R. 3-1 | **April 18, 2008** |
| 3 | ESN makes document production accompanying disclosure | Patent L.R. 3-2 | **April 18, 2008** |
| 4 | Initial Disclosures | FRCP 26(a)(1) | **May 2, 2008** |
| 5 | Cisco serves preliminary invalidity contentions | Patent L.R. 3-3 | **June 2, 2008** |
| 6 | Cisco makes document production accompanying preliminary invalidity contentions | Patent L.R. 3-4 | **June 2, 2008** |
| 7 | All parties make exchange of proposed terms and claim elements for construction | Patent L.R. 4-1(a) | **November 7, 2008** |
| 8 | ESN shall limit the number of asserted claims to no more than (10) and notify Cisco and the Court | | November 21, 2008 |

| Step | Action | Rule | Due Date |
|---|---|---|---|
| 9 | All parties meet and confer to discuss list of proposed terms and claim elements for construction | Patent L.R. 4-1(b) | **December 5, 2008** |
| 10 | Deadline for early mediation at the Parties' request | | **October 22, 2008** |
| 11 | All parties make exchange of preliminary claim construction and extrinsic evidence | Patent L.R. 4-2 | **December 19, 2008** |
| 12 | All parties meet and confer to discuss preliminary claim construction and extrinsic evidence | Patent L.R. 4-2(c) | **January 20, 2009** |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | **February 10, 2009** |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before dispositive motions | | **February 10, 2009** |
| 15 | Deadline to file amended pleadings without leave of Court | | No later than 30 days before dispositive motions are due |
| 16 | Completion of Claim Construction discovery | Patent L.R. 4-4 | **March 11, 2009** |
| 17 | ESN files opening claim construction brief | Patent L.R. 4-5(a) | **April 1, 2009** |
| 18 | Cisco files responsive claim construction brief | Patent L.R. 4-5(b) | **April 22, 2009** |
| 19 | ESN files reply brief on claim construction | Patent L.R. 4-5(c) | **May 1, 2009** |
| 20 | ONLY WITH LEAVE OF COURT may Cisco file a sur-reply | | If allowed: **May 8, 2009** |
| 21 | Parties file Joint Claim Construction Chart | Patent L.R. 4-5(d) | At least 10 days before Claim Construction Hearing **May 29, 2009** |
| | | | |

| Step | Action | Rule | Due Date |
|------|--------|------|----------|
| 22 | Prehearing Conference and technical tutorial if necessary | | **June 10, 2009 2:00 pm** |
| 23 | Claim Construction Hearing | Patent L.R. 4-6 | **June 11, 2009 9:00 am** |
| 24 | Court's Claim Construction Ruling | | On or about (3 weeks after 23) subject to the Court's scheduling and/or use of a technical advisor |
| 25 | ESN makes final infringement contentions | Patent L.R. 3-6(a) | On or about 30 days after 24 |
| 26 | Cisco serves preliminary unenforceability contentions | | On or about 40 days after 24 |
| 27 | Cisco makes document production accompanying preliminary unenforceability contentions | | On or about 40 days after 24 |
| 28 | Cisco makes final invalidity contentions | Patent L.R. 3-6(b) | On or about 50 days after 24 |
| 29 | Cisco makes disclosure relating to willfulness | Patent L.R. 3-8 | On or about 50 days after 24 |
| 30 | Cisco makes final unenforceability contentions | | On or about 60 days after 24 |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference | | On or about 90 days after 24 |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | On or about 90 days after 24 |
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | On or about 110 days after 24 |

| Step | Action | Rule | Due Date |
|---|---|---|---|
| 34 | Deadline for late mediation at the Parties' request | | TBD by Court |
| 35 | Deadline for completion of expert discovery | | 30 days after rebuttal expert testimony |
| 36 | Deadline for objections to other parties' expert witnesses | | 14 days after 35 |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before initial pretrial conference | | At least 75 days before initial pretrial conference **January 19, 2010** |
| 38 | Deadline for filing all Daubert motions | | **January 19, 2010** |
| 39 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | At least 30 days before initial pretrial conference **March 5, 2010** |
| 40 | ESN to provide to other parties its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form | | At least 30 days before initial pretrial conference **March 5, 2010** |
| 41 | Cisco to provide to ESN its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form | | At least 30 days before initial pretrial conference **March 5, 2010** |
| 42 | Parties to file Proposed Joint Pretrial Order, Proposed Jury Instructions, Joint Verdict Form and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motions in Limine, deposition designations, and exhibit lists and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | **March 21, 2010** |

| Step | Action | Rule | Due Date |
|------|--------|------|----------|
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | TBD |
| 44 | Final Pretrial Conference before Judge David Folsom | | **April 5, 2010** |
| 45 | Jury Selection before Judge Folsom | | *April 6, 2010* |
| 46 | Privilege Logs | | **September 22, 2008** |

**SIGNED this 22nd day of May, 2008.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE