UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. and<br>CISCO-LINKSYS LLC,<br><br>    Defendants. | CIVIL ACTION NO. 5:08-CV-20<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR A PROTECTIVE ORDER

Defendants Cisco-Systems, Inc. and Cisco Systems, LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR A PROTECTIVE ORDER is hereby GRANTED.

It is therefore ORDERED that the deadline for filing a motion for a protective order is extended up to and including May 28, 2008. If the parties do not reach agreement on a Protective Order, then each party may submit its respective arguments.

IT IS SO ORDERED.

**SIGNED this 23rd day of May, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE