UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC. and<br>CISCO-LINKSYS LLC,<br><br>                    Defendants. | CIVIL ACTION NO. 5:08-CV-20 |

### CISCO-SYSTEMS, INC. AND CISCO-LINKSYS LLC'S NOTICE OF COMPLIANCE WITH DISCLOSURES PURSUANT TO PATENT LOCAL RULES 3-3 AND 3-4

Cisco Systems, Inc. and Cisco-Linksys LLC (collectively, "Cisco") hereby advises the Court and all Parties of Record that on June 2, 2008, Cisco disclosed the information required by Patent Local Rules 3-3 and 3-4 and the Court's Docket Control Order.

Dated:  June 2, 2008                             Respectfully submitted,


                                                 By:  /s/ Victoria F. Maroulis


                                                 MCKOOL SMITH P.C.

                                                 SAM BAXTER
                                                 Texas Bar No. 01938000
                                                 sbaxter@mckoolsmith.com
                                                 104 E. Houston St., Suite 300
                                                 P.O. Box 0
                                                 Marshall, Texas 75670
                                                 Telephone :  (903) 923-9000
                                                 Facsimile :  (903) 923-9099

GARRET W. CHAMBERS  
Texas State Bar No. 00792160  
gchambers@mckoolsmith.com  
300 Crescent Court, Suite 1500  
Dallas, Texas 75201  
Telephone : (214) 978-4000  
Facsimile : (214) 978-4044  


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP  

CHARLES K. VERHOEVEN  
LEAD COUNSEL  
Cal. Bar No. 170151  
charlesverhoeven@quinnemanuel.com  
KATHERINE H. BENNETT  
katherinebennett@quinnemanuel.com  
Cal. Bar No. 250175  
KEVIN A. SMITH  
Cal. Bar No. 250814  
kevinsmith@quinnemanuel.com  
50 California St., 22nd Floor  
San Francisco, California 94111  
Telephone: (415) 875.6600  
Facsimile: (415) 875.6700  

VICTORIA F. MAROULIS  
Cal. Bar No. 202603 (admitted in E.D. Tex.)  
victoriamaroulis@quinnemanuel.com  
SAYURI K. SHARPER  
Cal. Bar No. 232331  
sayurisharper@quinnemanuel.com  
555 Twin Dolphin Dr., Suite 560  
Redwood Shores, California 94065  
Telephone: (650) 801-5000  
Facsimile: (650) 801-5100  

Attorneys for Defendants  
Cisco Systems, Inc. and Cisco-Linksys, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 2, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Katherine H. Bennett