IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:08-CV-20 (DF)** |
| § | |
| **CISCO SYSTEMS, INC., and CISCO-** § | |
| **LINKSYS, LLC,** § | |
| § | |
| **Defendants.** § | |

## **ORDER**

The parties field a Joint Motion for Protective Order (Dkt. No. 28) and attached a Proposed Protective Order (Dkt. No. 28, Exh. 1). Due to an oversight, the Court filed that proposed protective order that included the parties' competing provisions for paragraph 14(d)(I).

The Court hereby **VACATES** Protective Order (Dkt. No. 29).

It is so **ORDERED**.

**SIGNED this 3rd day of June, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1