IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:08-CV-20 (DF)** |
| § | |
| **CISCO SYSTEMS, INC., and CISCO-** § | |
| **LINKSYS, LLC,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Currently before the Court are competing provisions of paragraph 14(d)(i) as submitted in the Joint Motion for Protective Order (Dkt. No. 28). The Court hereby provides a modified version of paragraph 14(d)(i) with its additions in bold:

> A laser printer with an adequate paper supply shall be attached to the Standalone Computers and the receiving party shall make no more than **1,500** total pages of hard copies of HIGHLY RESTRICTED CONFIDENTIAL material that they in good faith consider to be necessary to proving the elements of their case. **In the event the receiving party feels that this disclosure is inadequate, it may petition the Court for additional pages after reasonable time for review by the receiving party's expert.**

The parties are to submit a new joint protective order consistent herewith.

It is so **ORDERED**.

**SIGNED this 4th day of June, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1