# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>      Plaintiffs,<br><br>    vs.<br><br>CISCO SYSTEMS, INC. and CISCO-LINKSYS LLC,<br><br>      Defendants. | CASE NO. 5:08-CV-20-DF<br><br>**JURY TRIAL DEMANDED** |

## ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT

1. Declaration of Kevin A. Smith in Support of Defendants' Motion to Stay and supporting Exhibits 1(a), (b), and (c)

2. [Proposed] Order


Date: June 30, 2008            /s/ Katherine Bennett
                               Katherine Bennett

51301/2518188.2