# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:08-CV-20 (DF)** |
| | § | |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Currently before the Court is Defendants' Motion to Stay Pending Reexamination (Dkt. No. 35).

The Court hereby **SETS** this matter for hearing on **August 26, 2008** at **11:00 A.M in Texarkana**. Each side shall have **fifteen (15) minutes** to present their arguments.

It is so **ORDERED.**

**SIGNED this 21st day of July, 2008.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE