IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

ESN LLC                              )(
                                     )(
V.                                   )(      CIVIL NO. 5:08CV20
                                     )(
CISCO SYSTEMS                        )(

---

ATTORNEY FOR PLAINTIFFS:   Johnny Ward; Peter McAndrews

ATTORNEY FOR DEFENDANTS:   Ivan Wang; Victoria Maroulis

LAW CLERK:                 Lon Outland

COURTROOM DEPUTY:          Mel Martin

COURT REPORTER:            Libby Crawford

---

MOTION HEARING
April 26, 2008 @ 11:00 am

OPEN: 10:56                              ADJOURN:   11:25

---

10:56   ct opens;

10:56   Wang/ makes introduction

10:56   Maroulis/ argues motion to stay;

11:03   ct/ Mr. Chandler's testimony before Congress;

11:03   Maroulis/ responds;

11:05   McAndrews/ response;

11:20   Maroulis/ reply

11:25   ct/ will take it under advisement;

11:25   adjourned;