IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CISCO SYSTEMS, INC., and | ) Civil Action No. 5:08-cv-20-DF |
| CISCO-LINKSYS, LLC, | ) |
| | |
| Defendants. | |

## JOINT MOTION TO EXTEND EARLY MEDIATION DEADLINE

Plaintiff ESN, LLC ("ESN") and Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") hereby jointly submit this motion to extend the deadline for requesting early mediation.

According to the Docket Control Order Entered on May 22, 2008, the deadline for early mediation at the Parties' request is October 22, 2008. The parties jointly and respectfully request that this Court enter an Order extending the deadline for early mediation by six months, to April 22, 2009.

Respectfully submitted,

| FOR PLAINTIFF, ESN, LLC: | FOR DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC |
|---|---|
| /s/ John Ward, Jr.<br>Eric M. Albritton<br>Lead Attorney<br>Texas State Bar No. 00790215<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, Texas 75606<br>Telephone (903) 757-8449<br>Facsimile (903) 758-7397<br>ema@emafirm.com<br><br>T. John Ward Jr.<br>Texas State Bar No. 00794818<br>Ward & Smith Law Firm<br>111 W. Tyler St.<br>Longview, Texas 75601<br>Telephone (903) 757-6400<br>Facsimile (903) 757-2323<br>jw@jwfirm.com<br><br>George P. McAndrews<br>Thomas J. Wimbiscus<br>Peter J. McAndrews<br>Gerald C. Willis<br>Paul W. McAndrews<br>Matthew N. Allison<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>Telephone (312) 775-8000<br>Facsimile (312) 775-8100<br>pmcandrews@mcandrews-ip.com | /s/ Victoria F. Maroulis (w/permission JW, Jr)<br>Sam Baxter<br>McKool Smith, P.C.<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>sbaxter@mckoolsmith.com<br><br>Garrett W. Chambers<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>gchambers@mckoolsmith.com<br><br>Charles K Verhoeven<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>charlesverhoeven@quinnemanuel.com<br><br>Victoria F. Maroulis<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Dr., Suite 560<br>Redwood Shores, CA 94065<br>victoriamaroulis@quinnemanuel.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 16th day of October, 2008.

/s/ John Ward, Jr.
T. John Ward, Jr.