# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| **Plaintiff,** | ) |
| v. | ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) Civil Action No. 5:08-cv-20-DF |
| **Defendants.** | |

## ORDER

This matter having come before the Court on a joint motion by plaintiff, ESN, LLC and defendants, Cisco Systems, Inc. and Cisco-Linksys, LLC, to extend the deadline for early mediation from October 22, 2008 to April 22, 2009, it is **HEREBY ORDERED:**

The joint motion to extend the deadline for early mediation is hereby granted and the deadline for early mediation is set to April 22, 2009.

**SIGNED this 17th day of October, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE