IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CISCO SYSTEMS, INC., and | ) Civil Action No. 5:08-cv-20-DF |
| CISCO-LINKSYS, LLC, | ) |
| | |
| Defendants. | |

**NOTICE OF LIMITING THE NUMBER OF ASSERTED CLAIMS PURSUTANT TO THE COURT'S DOCKET CONTORL ORDER ENTERED MAY 22, 2008**

Plaintiff ESN, LLC ("ESN") hereby submits this Notice to the Court, Cisco Systems, Inc. and Cisco-Linksys, LLC, limiting the number of asserted claims as required by the Court's Docket Control Order entered on May 22, 2008. On November 5, 2008, ESN served Cisco with a letter and claim chart reducing the number of asserted claims in this action to four (4) claims in order to narrow and streamline the issues for remaining discovery, claim construction and trial.

Respectfully submitted,

_____
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Heather A. Bjella
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

COUNSEL FOR PLAINTIFF, ESN, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

**ESN, LLC'S NOTICE OF LIMITING THE
NUMBER OF ASSERTED CLAIMS PURSUTANT TO
THE COURT'S DOCKET CONTORL ORDER ENTERED MAY 22, 2008**

by email and/or U.S. mail, addressed as follows:

Charles K. Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

Sam Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
sbaxter@mckoolsmith.com

Garrett W. Chambers
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
gchambers@mckoolsmith.com


Date: November 21, 2008

_____
T. John Ward