IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|              Plaintiff, | ) |
| v. | ) |
| CISCO SYSTEMS, INC., and<br>CISCO-LINKSYS, LLC, | ) Civil Action No. 5:08-cv-20-DF |
|              Defendants. | ) |

**JOINT MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S P.R. 3-1
CONTENTIONS AND DEFENDANTS' P.R. 3-3 CONTENTIONS**

Plaintiff ESN, LLC ("ESN") and Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") hereby file this Joint Motion for Leave to Supplement Plaintiff's P.R. 3-1 Contentions and Defendants' P.R. 3-3 Contentions.

## I. BACKGROUND AND SUMMARY

ESN served its original P.R. 3-1 contentions on April 18, 2008 in accordance with this Court's Docket Control Order. Similarly, Cisco timely served its original P.R. 3-3 contentions on June 2, 2008. Since that time, Cisco supplemented its P.R. 3-3 contentions, and ESN supplemented its P.R. 3-1 contentions. Pursuant to P.R. 3-6(b), the parties jointly request that this Court grant them leave to supplement their respective P.R. 3-3 and 3-1 contentions as served.

## II. MOTION

Following service of the parties' original P.R. 3-1 and P.R. 3-3 contentions, each party asked the other party for clarifications. Subsequently, the parties supplemented their contentions

to provide more details to their original contentions.

The clarification provided by ESN's supplemental P.R. 3-1 contentions and Cisco's supplemental P.R. 3-3 contentions will allow the parties to more efficiently litigate this dispute. Accordingly, ESN and Cisco have good cause to supplement their P.R. 3-1 and P.R. 3-3 contentions. Because this case is still in the early stages of discovery, no prejudice or delay will result from the parties' supplemental P.R. 3-1 and P.R. 3-3 contentions as served.

### III. REQUEST FOR RELIEF

In view of the foregoing, Plaintiff and Cisco jointly request that this Court grant the parties leave to supplement their contentions under P.R. 3-1 and P.R. 3-3 as served on November 5, 2008 and October 15, 2008.

Respectfully submitted,

| FOR PLAINTIFF, ESN, LLC: | FOR DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC |
|---|---|
| /s/ John Ward, Jr.<br>Eric M. Albritton<br>Lead Attorney<br>Texas State Bar No. 00790215<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, Texas 75606<br>Telephone (903) 757-8449<br>Facsimile (903) 758-7397<br>ema@emafirm.com<br><br>T. John Ward Jr.<br>Texas State Bar No. 00794818<br>Ward & Smith Law Firm<br>111 W. Tyler St.<br>Longview, Texas 75601<br>Telephone (903) 757-6400<br>Facsimile (903) 757-2323<br>jw@jwfirm.com | /s/ Garrett W. Chambers w/permission TJWJr<br>Sam Baxter<br>McKool Smith, P.C.<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>sbaxter@mckoolsmith.com<br><br>Garrett W. Chambers<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>gchambers@mckoolsmith.com |

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

Charles K Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 10th day of December, 2008.

/s/ John Ward, Jr.
T. John Ward, Jr.