# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CISCO SYSTEMS, INC., and** | ) Civil Action No. 5:08-cv-20-DF |
| **CISCO-LINKSYS, LLC,** | ) |
| | |
| **Defendants.** | |

## ORDER

Plaintiff ESN, LLC ("ESN") and Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") filed their Joint Motion for Leave to Supplement Plaintiff's P.R. 3-1 Contentions and Defendants' P.R. 3-3 Contentions (the "Motion"). After considering the Motion, the Court determines that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that the parties are granted leave to supplement their contentions under P.R. 3-1 and P.R. 3-3 as served on November 5, 2008 and October 15, 2008 respectively.

**SIGNED this 11th day of December, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

51301/2726146.1