Appendix K Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
US DISTRICT COURT
08 DEC 15 AM 10: 25
TEXAS-EASTERN
BY _____

1. This application is being made for the following: Case # __5:08-CV-20__

Style: __ESN, LLC v. Cisco Systems, Inc., et al.__

2. Applicant is representing the following party/ies: __See Attachment A__

3. Applicant was admitted to practice in __CA__ (state) on __December 10, 2007__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has /(has not)/ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has /(has not)/ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has /(has not)/ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__Supreme Court of California; United States District Court for the Northern District of California__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

 I, __Matthew D. Cannon__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/21/2008__ Signature __Matthew D. Cannon__

01/27709298 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Matthew D. Cannon
State Bar Number CA 252666
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box: 50 California Street, 22nd Floor
City/State/Zip: San Francisco, CA 94111
Telephone #: Telephone: (415) 875 6600
Fax #: Facsimile: (415) 875 6700
E-mail Address: matthewcannon@quinnemanuel.com
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: December 15, 2008

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By R. Jafutto
Deputy Clerk

# Attachment A

2. Applicant is representing the following parties:

    Cisco Systems, Inc.

    Cisco-Linksys, LLC