## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|   v. | )   Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | )   **JURY TRIAL DEMANDED** |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
|       **Defendants.** | ) |
| | ) |

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively, "Cisco" or "Defendants") respectfully request that Katherine H. Bennett be permitted to withdraw as counsel of record for Cisco in this matter. The reason for this request is that Ms. Bennett has terminated her employment with Quinn Emanuel Urquhart Oliver & Hedges, LLP.

No other changes are requested regarding the other attorneys acting as counsel of record. Plaintiff does not oppose this motion.

Further, the clerk is requested to terminate ECF/CM notices as to Katherine H. Bennett for this civil action.

DATED: February 27, 2009    Respectfully submitted,


By /s/
   Kevin A. Smith


MCKOOL SMITH P.C.

SAM BAXTER
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099

GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone :  (214) 978-4000
Facsimile :  (214) 978-4044


QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KATHERINE H. BENNETT
katherinebennett@quinnemanuel.com
Cal. Bar No. 250175
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875.6600
Facsimile:  (415) 875.6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrew-ip.com
Paul W. McAndrews
Matthew N. Allison
mallison@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date: February 27, 2009                   /s/ Matthew D. Cannon