# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC. and CISCO-LINKSYS LLC,<br><br>    Defendants. | CASE NO. 5:08-CV-20-DF<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Cisco's Unopposed Motion for Withdrawal of Counsel shall be, and is hereby, GRANTED.

**SIGNED this 3rd day of March, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE