## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **ESN, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO. 5:08-cv-00020-DF |
| v. | § | |
| | § | |
| **CISCO-SYSTEMS, INC. and** | § | |
| **CISCO-LINKSYS, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

### CISCO-SYSTEMS, INC. AND CISCO-LINKSYS, LLC'S
### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Cisco-Systems, Inc. and Cisco-Linksys, LLC ("Cisco") request that its counsel of record, Samuel F. Baxter of McKool Smith, P.C., 104 E. Houston Street, Suite 300, Marshall, Texas 75670, and Garret W. Chambers of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, be allowed to withdraw as counsel for Cisco in the above-captioned case and that Michael E. Jones of Potter Minton, 110 N. College, Suite 500, Tyler, Texas 75702, be substituted as counsel in their place. Mr. Baxter and Mr. Chambers also request that they be removed from the electronic service list in this case.

Charles K. Verhoeven, Katherine H. Bennett and Kevin Smith of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California, 94111 and Victoria F. Maroulis and Sayuri K. Sharper of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065 will continue to be lead counsel of record.

This substitution of counsel has been agreed to by all parties, including Plaintiff, ESN, LLC, and is not sought for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Cisco-Systems, Inc. and Cisco-Linksys, LLC respectfully request that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel and for such other and further relief to which Cisco may be justly entitled.

Dated:  March 17, 2009.                                Respectfully Submitted,

**McKOOL SMITH, P.C.**

By: /s/ Garret W. Chambers
    Samuel F. Baxter
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com

104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099

    Garret W. Chambers
    Texas State Bar No. 00792160
    gchambers@mckoolsmith.com

300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Telecopier:  (214) 978-4044


**POTTER MINTON**
A Professional Corporation

    By: /s/ Michael E. Jones
    Michael E. Jones
    Texas State Bar No. 10929400
    mikejones@potterminton.com

110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas  75710
Telephone:  (903) 597 8311

Telecopier: (903) 593 0846

**Certificate of Conference**

I hereby certify that I, counsel for Defendants Cisco-Systems, Inc. and Cisco-Linksys, LLC contacted Johnny Ward, counsel for Plaintiff, regarding this motion, and that the motion is unopposed.

        /s/ Garret W. Chambers
        Garret W. Chambers

**Certificate of Service**

The undersigned certifies that on March 17, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

        /s/ Garret W. Chambers
        Garret W. Chambers