IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 5:08-cv-20-DF |
| | § | |
| v. | § | |
| | § | |
| Cisco-Systems, Inc. and | § | |
| Cisco-Linksys, LLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS CISCO-SYSTEMS, INC AND CISCO-LINKSYS, LLC.

Defendants Cisco-Systems, Inc. and Cisco-Linksys, LLC file this Notice of Appearance of Counsel, and hereby notify the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as counsel for Cisco-Systems, Inc. and Cisco-Linksys, LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 23, 2009            Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By:     */s/ Michael E. Jones*
       Michael E. Jones
       State Bar No. 10929400
       mikejones@potterminton.com

{A07\7637\0003\W0388923.1 }

ATTORNEYS FOR
DEFENDANTS CISCO-SYSTEMS,
INC. AND CISCO-LINKSYS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 23, 2009. Any other counsel of record will be served by first class mail on this same date.

/s/ Michael E. Jones