# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **ESN, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO. 5:08-cv-00020-DF |
| v. | § | |
| | § | |
| **CISCO-SYSTEMS, INC. and** | § | |
| **CISCO-LINKSYS, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER GRANTING CISCO-SYSTEMS, INC. AND CISCO-LINKSYS, LLC'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this day came to be heard Cisco-Systems, Inc. and Cisco-Linksys, LLC's Unopposed Motion to Withdraw and Substitute Counsel. After considering the motion, the Court finds that it is well taken and hereby GRANTS the motion. It is therefore

ORDERED that Samuel F. Baxter of McKool Smith, P.C., 104 E. Houston Street, Suite 300, Marshall, Texas 75670, and Garret W. Chambers of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201 are withdrawn as counsel for Cisco in this action. The Clerk's Office shall terminate them as counsel of record and shall remove them from the electronic service list in this case. It is further

ORDERED that Michael E. Jones of Potter Minton, 110 N. College, Suite 500, Tyler, Texas 75702, be substituted in as counsel of record for Cisco in this case.

**SIGNED this 23rd day of March, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE