# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| **Plaintiff,** | ) |
| v. | ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) Civil Action No. 5:08-cv-20-DF |
| **Defendants.** | ) |

## JOINT NOTICE REGARDING MEDIATION

Plaintiff ESN, LLC ("ESN") and Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") hereby jointly submit this Notice Regarding Mediation.

According to the Docket Control Order entered on May 22, 2008, the deadline for early mediation at the Parties' request was October 22, 2008. The parties jointly moved for a six month extension of that deadline and on October 16, 2008, the Court entered an order extending the deadline to April 22, 2009. The parties now agree that mediation may be beneficial, but that a Court order is not necessary. Therefore, the parties hereby notify the Court that they may independently pursue mediation at a mutually agreeable date.

Respectfully submitted,

| FOR PLAINTIFF, ESN, LLC: | FOR DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC |
|---|---|
| __/s/ Gerald C. Willis _____ <br> Eric M. Albritton <br> Lead Attorney <br> Texas State Bar No. 00790215 <br> ALBRITTON LAW FIRM <br> P.O. Box 2649 <br> Longview, Texas 75606 <br> Telephone (903) 757-8449 <br> Facsimile (903) 758-7397 <br> ema@emafirm.com <br><br> T. John Ward Jr. <br> Texas State Bar No. 00794818 <br> Ward & Smith Law Firm <br> 111 W. Tyler St. <br> Longview, Texas 75601 <br> Telephone (903) 757-6400 <br> Facsimile (903) 757-2323 <br> jw@jwfirm.com <br><br> George P. McAndrews <br> Thomas J. Wimbiscus <br> Peter J. McAndrews <br> Gerald C. Willis <br> Paul W. McAndrews <br> Matthew N. Allison <br> McAndrews, Held & Malloy, Ltd. <br> 500 W. Madison Street, 34th Floor <br> Chicago, Illinois 60661 <br> Telephone (312) 775-8000 <br> Facsimile (312) 775-8100 <br> pmcandrews@mcandrews-ip.com | __/s/ Victoria F. Maroulis_____ <br> Charles K Verhoeven <br> Quinn Emanuel Urquhart Oliver & Hedges, LLP <br> 50 California St., 22nd Floor <br> San Francisco, CA 94111 <br> charlesverhoeven@quinnemanuel.com <br><br> Victoria F. Maroulis <br> Quinn Emanuel Urquhart Oliver & Hedges, LLP <br> 555 Twin Dolphin Dr., Suite 560 <br> Redwood Shores, CA 94065 <br> victoriamaroulis@quinnemanuel.com <br><br> Michael E. Jones <br> Potter Minton <br> 110 N. College, Suite 500 <br> Tyler, TX 75702 <br> mikejones@potterminton.com |