# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:08-CV-20 (DF)** |
| § | |
| **CISCO SYSTEMS, INC., and CISCO-** § | |
| **LINKSYS, LLC,** § | |
| § | |
| Defendants. § | |

## ORDER

Currently before the Court is ESN's Motion to Stay the Briefing Schedule on Cisco's Motion to Dismiss for Lack of Standing. Dkt. No. 75. After speaking with local counsel on both sides, the Court hereby **ORDERS** Cisco to file a response by 5PM on Thursday, May 7, 2009. ESN may, if necessary, file a reply by 5PM on Friday, May 8, 2009. The Court will hold a telephone conference to discuss this Motion, and this Motion only, at 2 PM on Monday May 11, 2009. The parties should establish the phone conference by calling chambers at the scheduled time.

**IT IS SO ORDERED.**

**SIGNED this 1st day of May, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE