**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **ESN, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF THE PAGE LIMITATION SET FORTH IN LOCAL RULE CV-7

ESN, LLC ("ESN") respectfully moves for leave of Court to file a reply brief in support of its claim construction of the disputed claim terms of U.S. Patent No. 7,283,519 ("the '519 Patent") being asserted in this action. According P.R. 4-5(e), the page limitations governing claim construction briefing are the same as those for dispositive motions pursuant to Local Rule CV-7(a). Local Rule CV-7(a)(1) limits reply briefs to ten pages. ESN is requesting leave to exceed the page limitation by five pages, for a total of 15 pages.

ESN has used its best efforts to limit the number of pages in its reply brief, but has been unable to do so. The reasons that ESN needs to exceed the ten-page limit are twofold. First, there are 13 claim terms and/or phrases that need to be addressed in the Reply. Second, a significant amount of space is taken up by incorporating a table of each party's proposed construction for each of the disputed terms and/or phrases. ESN believes that having each party's proposed construction side-by-side will significantly assist the Court in understanding

each argument as it relates to that disputed claim term. Unfortunately, the tables take up a significant amount of space in the brief.

For the reasons stated herein, ESN respectfully requests that the Court grant ESN's Unopposed Motion For Leave to Exceed the Page Limitation Set Forth in Local Rule CV-7 by five pages, for a total of 15 pages.

Respectfully submitted,

FOR PLAINTIFF, ESN, LLC:


 /s/ Gerald C. Willis
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

# CERTIFICATE OF SERVICE

I hereby certify that the individuals listed below were served with Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7 by email and via the Court's Electronic Filing System on the date stated herein.

Michael Jones
110 N. College, Suite 500
P.O. Box 359
Tyler, Texas 75710
mikejones@potterminton.com

Charles K Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com


Date: May 1, 2009         /s/ Gerald C. Willis
                              Gerald C. Willis

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for ESN has complied with the meet and confer requirement in Local Rule CV-7(h).

The personal conference required by Local Rule CV-7 was conducted via telephone on May 1, 2009 between trial counsel for ESN (Gerald C. Willis), and trial counsel for Cisco (Victoria Maroulis). Counsel for Cisco indicated that they do not oppose this motion.


Dated: May 1, 2009     By:    /s/ Gerald C. Willis_____
                                                     Gerald C. Willis