# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| CISCO SYSTEMS, INC., and ) | Civil Action No. 5:08-cv-20-DF |
| CISCO-LINKSYS, LLC, ) | |
| | |
| **Defendants.** | |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7, the Court being fully apprised in the premises and the parties having received due notice, it is

**HEREBY ORDERED:**

Plaintiff's motion is hereby granted.

**SIGNED this 4th day of May, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE