# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|                 Plaintiff, | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| CISCO SYSTEMS, INC., and<br>CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
|                 Defendants. | ) |

## NOTICE OF STATUS OF REEXAMINATION

TO THE COURT AND ALL PARTIES OF RECORD: Please take notice that on April 27, 2009, the United States Patent and Trademark Office ("USPTO") issued an Action Closing Prosecution ("Office Action") under 37 CFR 1.949. The Office Action rejected all 19 claims of U.S. Patent No. 7,283,519 (the "'519 patent"). A true and correct copy of the Office Action is attached as Exhibit A to this notice.

The reexamination of the '519 patent was previously brought to the Court's attention by Defendants' Motion To Stay Pending Reexamination, filed June 30, 2008.

DATED: May 6, 2009                    Respectfully submitted,


                                      By /s/ Victoria F. Maroulis


        POTTER MINTON
        A Professional Corporation

        MICHAEL JONES
        Tex. Bar No. 10929400
        mikejones@potterminton.com
        110 N. College, Suite 500 (75702)
        P.O. Box 359
        Tyler, Texas 75710
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846


        QUINN EMANUEL URQUHART OLIVER &
        HEDGES, LLP

        CHARLES K. VERHOEVEN
        LEAD COUNSEL
        Cal. Bar No. 170151
        charlesverhoeven@quinnemanuel.com
        KEVIN A. SMITH
        Cal. Bar No. 250814
        kevinsmith@quinnemanuel.com
        MATTHEW D. CANNON
        Cal. Bar No. 252666
        matthewcannon@quinnemanuel.com
        50 California St., 22nd Floor
        San Francisco, California 94111
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700

        VICTORIA F. MAROULIS
        Cal. Bar No. 202603
        victoriamaroulis@quinnemanuel.com
        SAYURI K. SHARPER
        Cal. Bar No. 232331
        sayurisharper@quinnemanuel.com

555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

NOTICE OF STATUS OF REEXAMINATION

    by email and via the Court's Electronic Filing System to

    George P. McAndrews
    gmcandrews@mcandrews-ip.com
    Thomas J. Wimbiscus
    twimbiscus@mcandrews-ip.com
    Peter J. McAndrews
    pmcandrews@mcandrews-ip.com
    Gerald C. Willis
    jwillis@mcandrew-ip.com
    Paul W. McAndrews
    Matthew N. Allison
    mallison@mcandrews-ip.com
    McAndrews, Held & Malloy
    500 West Madison, Suite 3400
    Chicago, IL 60661
    Telephone 312(775-8000
    Fax (312) 775-8100

    Eric M. Albritton
    ema@emafirm.com
    Albritton Law Firm
    P.O. Box 2649
    Longview, Texas 75606
    Telephone (903) 757-8449
    Fax (903) 757-2323

    T. John Ward
    jw@jwfirm.com
    Ward & Smith Law Firm
    111 West Tyler Street
    Longview, Texas 75601
    Telephone (903) 757-6400
    Fax (903) 757-2323

Date: May 6, 2009                        /s/ Jason S. Takenouchi