**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **ESN, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 5:08-cv-20-DF** |
| | ) |
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY BRIEF ON CLAIM CONSTRUCTION

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") hereby request an order granting Cisco leave to file a sur-reply to the reply brief on claim construction filed by Plaintiff ESN, LLC ("ESN").  The parties have met and conferred regarding this motion, and ESN does not oppose Cisco's request for leave to file a sur-reply.

Pursuant to this Court's Scheduling Order of May 22, 2008, ESN served its opening claim construction brief on March 11, 2009.  Cisco filed its responsive brief on April 22, 2009.  ESN filed its reply brief on May 1, 2009.  ESN requested leave to file excess pages in its reply brief, Cisco did not oppose that request, and the Court granted leave for ESN to exceed the page limit on May 4, 2009.

The Court's Scheduling Order requires Cisco to obtain leave to file a sur-reply brief regarding claim construction.  A sur-reply is necessary for Cisco to respond to the arguments raised in ESN's reply brief, some of which had not been raised in the earlier rounds of briefing.  Specifically, Cisco will address ESN's arguments regarding the following issues:  (1) whether

1

ESN was on notice of the subject matter set forth in the declaration of Cisco's expert in support

of Cisco's claim constructions; and (2) whether IETF RFC 2543 is a standard that can be

incorporated into the construction of certain disputed claim terms.  Cisco therefore respectfully

requests an order granting leave to file a sur-reply on claim construction.  The sur-reply is

submitted concurrently with this motion as required by Local Rule CV-7(k).


DATED:  May 8, 2009                    Respectfully submitted,


                                       By  /s/ Kevin A. Smith


                                       POTTER MINTON
                                       A Professional Corporation

                                       MICHAEL JONES
                                       Tex. Bar No. 10929400
                                       mikejones@potterminton.com
                                       110 N. College, Suite 500 (75702)
                                       P.O. Box 359
                                       Tyler, Texas 75710
                                       Telephone:  (903) 597-8311
                                       Facsimile:  (903) 593-0846


                                       QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

                                       CHARLES K. VERHOEVEN
                                       LEAD COUNSEL
                                       Cal. Bar No. 170151
                                       charlesverhoeven@quinnemanuel.com
                                       KEVIN A. SMITH
                                       Cal. Bar No. 250814
                                       kevinsmith@quinnemanuel.com
                                       MATTHEW D. CANNON
                                       Cal. Bar No. 252666
                                       matthewcannon@quinnemanuel.com

50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the

foregoing:

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY TO
PLAINTIFF'S REPLY BRIEF ON CLAIM CONSTRUCTION

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323


Date:  May 8, 2009                <u>/s/ Kevin A. Smith</u>