# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CISCO SYSTEMS, INC. and CISCO-LINKSYS LLC, <br><br> Defendants. | CASE NO. 5:08-CV-20-DF <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Defendants Cisco Systems, Inc. and Cisco-Linksys LLC's Motion For Leave to File Sur-Reply to Plaintiff's Reply Brief on Claim Construction shall be, and is hereby, GRANTED.

**SIGNED this 11th day of May, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE