IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

| | | |
|---|---|---|
| ESN LLC | )( | |
| | )( | |
| V. | )( | CIVIL NO. 5:08CV20 |
| | )( | |
| CISCO SYSTEMS | )( | |

ATTORNEY FOR PLAINTIFFS:    Johnny Ward; Peter McAndrews; George McAndrews; Gerald Willis;

ATTORNEY FOR DEFENDANTS:    Victoria Maroulis; Charles Verhoeven; Michael Jones

LAW CLERK:                  Lon Outland

COURTROOM DEPUTY:           Mel Martin

COURT REPORTER:             Libby Crawford

TELEPHONE CONFERENCE
May 11, 2009 @ 2:00 pm

OPEN: 2:04                                      ADJOURN:   2:11

2:04   ct/ no argument today on motions; inclined not to rule on motion to disqualify and hear all motions at the same time; how much discovery and how long would it take; P. McAndrews/ 6 weeks for discovery 2 for briefing; ct/ Cisco standpoint limited discovery and completing it in the next 60 days; Jones/ responds; Verhoeven/ we can in that time period; ct/ if discovery dispute arises bring to cts attention quickly; when ripe make known in writing and ct will set all these motions for hrg; P. McAndrews/ address' the ct; ct/ have given guidance and will not resolve what is discoverable and what is not; 2:09 P. McAndrews/ Markman hrg and will it continue; ct/ what are ptys thoughts; P. McAndrews/ responds; ct/ will leave on calendar for now; ptys to discuss this; although don't know when we could reset it; 2:11 recess;