**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL: (415) 875-6600 FAX: (415) 875-6700

May 27, 2009

Hon. Chief Judge David Folsom
United States District Court for the Eastern
District of Texas
500 N. State Line Ave.
P.O. Box 2090
Texarkana, Texas 75504

Re: ESN, LLC v. Cisco-Systems, Inc., 08-cv-20

Dear Chief Judge Folsom:

      Pursuant to the Court's May 12, 2009 Order, the parties have conferred regarding the scheduling of the claim-construction tutorial and hearing in this case. The parties have agreed that the current claim construction schedule remains feasible and should not be altered.

| FOR PLAINTIFF, ESN, LLC: | FOR DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC |
|---|---|
| /s/ Gerald C. Willis | /s/ Kevin A. Smith |
| Eric M. Albritton<br>Lead Attorney<br>Texas State Bar No. 00790215<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, Texas 75606 | POTTER MINTON<br>A Professional Corporation<br><br>MICHAEL JONES<br>Tex. Bar No. 10929400 |

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

51301/2944454.1

Dockets.Justia.com

Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Paul McAndrews
Gerald C. Willis
Heather Bjella
Matthew Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


Charles K Verhoeven
charlesverhoeven@quinnemanuel.com
Kevin A. Smith
kevinsmith@quinnemanuel.com
Matthew Cannon
matthewcannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111


Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com
Sayuri Sharper
sayurisharper@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065