# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CISCO SYSTEMS, INC., and | ) Civil Action No. 5:08-cv-20-DF |
| CISCO-LINKSYS, LLC, | ) |
| | |
| Defendants. | |

## PARTIES' JOINT NOTICE OF COMPLIANCE WITH PATENT RULE 4-5(d)

Pursuant to Patent Rule 4-5(d), the parties jointly submit this Notice of Compliance with Patent Rule 4-5(d).

Respectfully submitted,

| FOR PLAINTIFF, ESN, LLC: | FOR DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC |

/s/ John Ward, Jr.
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com


T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com


George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

/s/ Victoria F. Maroulis (w/permission JW, Jr)
Sam Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
sbaxter@mckoolsmith.com

Garrett W. Chambers
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
gchambers@mckoolsmith.com

Charles K Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of May , 2009.

/s/ John Ward, Jr.
T. John Ward, Jr.