IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

ESN LLC                              )(
                                     )(
V.                                   )(        CIVIL NO. 5:08CV20
                                     )(
CISCO SYSTEMS                        )(

---

ATTORNEY FOR PLAINTIFFS:     Peter McAndrews; Gerald Willis; Johnny Ward

ATTORNEY FOR DEFENDANTS:     Sayuri Sharper; Charles Verhoeven; Michael Jones

LAW CLERK:                   David Keyzer

COURTROOM DEPUTY:            Mel Martin

COURT REPORTER:              Libby Crawford

---

TUTORIAL
June 10, 2009 @ 2:00 pm

OPEN:          1:55                 ADJOURN:   3:23

---

1:55    ct opens; ct/ 45 mins each side;

1:55    McAndrews/ presentation;

2:31    recess;

2:37    Sharper/ presentation;

3:20    ct/ will start tomorrow promptly at 9am;

3:20    Verhoeven/ manner of presentation;

3:20    ct/ was going to take that up;

3:20    Verhoeven/ more efficient to group terms in to 3;

3:21    ct/ that is agreeable; 2 hrs each side;

3:23 recess