IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

Judge David Folsom

| | |
|---|---|
| ESN LLC | )( |
| | )( |
| V. | )(     CIVIL NO. 5:08CV20 |
| | )( |
| CISCO SYSTEMS | )( |

ATTORNEY FOR PLAINTIFFS:     Peter McAndrews;  Gerald Willis; Johnny Ward

ATTORNEY FOR DEFENDANTS:  Sayuri Sharper; Charles Verhoeven; Michael Jones

LAW CLERK:                          David Keyzer

COURTROOM DEPUTY:            Mel Martin

COURT REPORTER:              Libby Crawford

CLAIM CONSTRUCTION HEARING
June 11, 2009

| Court | Plf | Dft | Offered | Obj | Admitted | Exhibit |
|-------|-----|-----|---------|-----|----------|---------|
| CT1 | | | | | 6/11/09 | Court's Preliminary Claim Constructions |
| | 1 | | | | 6/11/09 | ESN's Tutorial slides |
| | 2 | | | | 6/11/09 | ESN's Claim Construction Hearing slides |
| | | 1 | | | 6/11/09 | Cisco's Tutorial slides |
| | | 2 | | | 6/11/09 | Cisco's Claim Construction Hearing slides |