# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| **Plaintiff,** | ) |
| v. | ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) Civil Action No. 5:08-cv-20-DF |
| **Defendants.** | |

## ORDER

CAME TO BE CONSIDERED Plaintiff's Unopposed Motion to Extend Plaintiff's Deadline to Respond to Defendants' Motion to Dismiss.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Plaintiff's deadline to respond to Defendants' Motion is extended until and including July 31, 2009.

**SIGNED this 2nd day of July, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE