# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CISCO SYSTEMS, INC., and | ) Civil Action No. 5:08-cv-20-DF |
| CISCO-LINKSYS, LLC, | ) |
| | |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO REPLY TO DEFENDANTS' RESPONSE TO ESN'S MOTION TO DISQUALIFY COUNSEL AND IMPOSE SANCTIONS

Plaintiff ESN, LLC moves for an extension of time in which to file its reply brief regarding ESN's Motion to Disqualify Counsel and Impose Sanctions ("Motion to Disqualify") (Dkt. No. 73). In support of this Motion, Plaintiff would show the Court as follows:

On July 2, 2009 the Court granted Plaintiff an extension of time to file its Response to Defendant's Cisco's Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") (Dkt. No. 71). Included in the request for an extension of time for responding to Defendants' Motion to Dismiss was a request by Plaintiff for an extension of time to file its reply to Defendants' response to Plaintiff's Motion to Disqualify. The motion included a request to "extend the deadline for filing its opposition to the Motion to Dismiss *and reply regarding the Motion to Disqualify* from July 17, 2009 until and including July 31, 2009." (emphasis added). However, Plaintiff inadvertently omitted this relief from the Order it submitted to the Court. Accordingly, Plaintiff is submitting the instant motion and Order to address this inadvertent omission. Defendants do not oppose this motion.

Respectfully submitted,

FOR PLAINTIFF, ESN, LLC:

/s/ John Ward, Jr.
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 2nd day of July, 2009.

/s/ John Ward, Jr.
T. John Ward, Jr.