# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **CISCO SYSTEMS, INC., and** ) | Civil Action No. 5:08-cv-20-DF |
| **CISCO-LINKSYS, LLC,** ) | |
| | |
| **Defendants.** | |

## ORDER

CAME TO BE CONSIDERED Plaintiff's Unopposed Motion to Extend Plaintiff's Deadline to file its reply brief regarding ESN's Motion to Disqualify Counsel and Impose Sanctions.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Plaintiff's deadline to file its reply brief regarding ESN's Motion to Disqualify Counsel and Impose Sanctions is extended until and including July 31, 2009.

**SIGNED this 6th day of July, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE