IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) JURY TRIAL DEMANDED |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL REDACTION

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively, "Cisco") moved for an order redacting less than one page of the ninety-three page transcript from the parties' June 11, 2009 hearing regarding claim construction. Dkt. 95. Cisco filed notice of its intent to request redaction on July 6, 2009. Dkt. 100. Plaintiff ESN, LLC ("ESN") does not oppose Cisco's motion. Accordingly, such motion is GRANTED, and it is ORDERED THAT the transcript of the June 11, 2009 claim construction hearing is sealed from page 91, line 19 through page 92, line 13, inclusive, and the court reporter is directed to redact that passage from all publicly available versions of the transcript.

**SIGNED this 13th day of July, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

02099.51301/3001679.1