IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF THE PAGE LIMITATION SET FORTH IN LOCAL RULE CV-7

ESN, LLC ("ESN") respectfully moves for leave of Court to file a reply brief in support of its Motion to Disqualify Counsel and Impose Sanctions on Defendants and Their Counsel for Improperly Offering Financial Incentives in Exchange for Testimony. According to Local Rule CV-7 page limits of reply briefs for non-dispositive motions are limited to five pages. ESN is requesting leave to exceed the page limitation by six pages. A copy of the confidential reply brief and exhibits is being filed simultaneously herewith under seal.

ESN has used its best efforts to limit the number of pages in its reply brief. However the significance of the additional facts uncovered during the course of discovery that the Court permitted in relation to ESN's motion and Cisco's related motion to dismiss, which included five depositions and the production of documents from third-party Tyne Mobility, Inc., d/b/a Iperia, Cisco's trial counsel (Quinn Emanuel) and the individual representatives of Iperia, required substantial explanation and discussion in ESN's reply.

For the reasons stated herein, ESN respectfully requests that the Court grant ESN's Unopposed Motion For Leave to Exceed the Page Limitation Set Forth in Local Rule CV-7 by six pages, for a total of 11 pages.

Respectfully submitted,

FOR PLAINTIFF, ESN, LLC:


 /s/ T. John Ward, Jr.
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

# CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), T. John Ward, Jr., counsel for ESN, conferred with Mike Jones, counsel for Cisco, regarding the instant motion. Cisco does not oppose Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7.

Dated: July 31, 2009     By:    /s/ T. John Ward, Jr._____
                                            T. John Ward, Jr

# CERTIFICATE OF SERVICE

I hereby certify that the individuals listed below were served with Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7 by email and via the Court's Electronic Filing System on the date stated herein.

Michael Jones
110 N. College, Suite 500
P.O. Box 359
Tyler, Texas 75710
mikejones@potterminton.com

Charles K Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

Date: July 31, 2009            /s/ T. John Ward, Jr.
                                       T. John Ward, Jr.