# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC,** | ) ) ) Civil Action No. 5:08-cv-20-DF |
| **Defendants.** | |

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7, the Court being fully apprised in the premises and the parties having received due notice, it is

**HEREBY ORDERED:**

Plaintiff's motion is hereby granted.

**SIGNED this 3rd day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE