# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:08-cv-20-DF ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' BRIEFING DEADLINES

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") move for an extension of time in which to file their reply brief regarding their Motion to Dismiss and to file their sur-reply in opposition to Plaintiff's Motion to Disqualify Counsel. In support of this Motion, Cisco would show the Court as follows:

Cisco filed its Motion to Dismiss and Plaintiff filed its Motion to Disqualify on April 24, 2009. On April 20, 2009, ESN moved to stay the briefing schedule on Cisco's Motion to Dismiss. On May 12, 2009, this Court entered an Order allowing ESN additional time to take discovery and setting a due date of July 17, 2009 for its Opposition to Cisco's Motion to Dismiss. On July 1 and 2, 2009, Plaintiff moved for additional time to file its Opposition to Cisco's Motion to Dismiss and Reply in Support of its Motion to Disqualify, respectively. This Court granted these requests, allowing ESN until July 31, 2009 for both filings. Plaintiff filed these briefs on July 31, 2009. In its Opposition to Cisco's Motion to Dismiss, ESN submitted the declaration of Richard Connaughton. Cisco now seeks an extension of time to file its Reply in

Support of its Motion to Dismiss and Sur-reply in Opposition to Plaintiff's Motion to Disqualify Counsel.

In order to have an adequate opportunity to depose Mr. Connaughton and to have an adequate opportunity to evaluate and utilize the deposition testimony obtained, Cisco respectfully requests that the Court extend the deadline for filing its Reply in Support of Its Motion to Dismiss and its Sur-Reply in Opposition to ESN's Motion to Disqualify Counsel until the earlier of: (1) fourteen days after the deposition of Richard Connaughton is taken; or (2) September 15, 2009. This request is without prejudice to Cisco's right to move for a further extension if Mr. Connaughton is unable or unwilling to sit for a deposition on or prior to September 1, 2009. Plaintiff does not oppose the requested extension.

DATED: August 6, 2009                       Respectfully submitted,


By /s/ Kevin A. Smith


POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' BRIEFING DEADLINES

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400

Fax (903) 757-2323

Date:  August 6, 2009                              /s/ Kevin A. Smith