IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:08-CV-20-DF |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CISCO-SYSTEMS, INC. and | § | |
| CISCO-LINKSYS, LLC, | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR ENTRY OF STIPULATION REGARDING DISCOVERY

Plaintiff ESN, LLC ("ESN") and Defendants Cisco-Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") hereby request that the Court enter the following stipulation and agreement between the parties:

The parties will not seek to discover, and shall not discover, the following communications and materials: (1) drafts of expert reports, draft affidavits, draft declarations or drafts of written testimony; (2) written or oral communications of counsel for the respective parties not relied upon by an expert in forming the opinions in the final report, affidavits, declarations, written testimony or other written materials; and (3) notes of discussions between the testifying expert and counsel for the respective parties regarding a draft or final expert report, affidavit, declaration or written testimony.  With the exception of only the foregoing, the parties shall be entitled to discover all documents and information considered by the testifying expert (whether relied upon or not) in forming the opinions.

Dockets.Justia.com

Dated:   August 7, 2009                   Respectfully submitted,

*/s/ Charles K. Verhoeven, with permission by*
*Michael E. Jones*
Michael E. Jones
POTTER MINTON, PC
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

***Attorneys for Defendants***
***Cisco Systems, Inc. and Cisco-Linksys, LLC***

*/s/ Peter J. McAndrews, with permission by*
*Michael E. Jones*

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

**Attorneys for Plaintiff ESN, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 7, 2009. Any other counsel of record will be served by first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones