# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 5:08-cv-20-DF ) |
| **CISCO SYSTEMS, INC., and** | ) **JURY TRIAL DEMANDED** |
| **CISCO-LINKSYS, LLC,** | ) ) |
| **Defendants.** | ) ) |

## ORDER

Defendants' Unopposed Motion to Extend Defendants' Briefing Deadlines is hereby GRANTED.  It is therefore ORDERED that Defendants' deadline to file their Sur-Reply in Opposition to Plaintiff's Motion to Disqualify Counsel and Reply in Support of Defendants' Motion to Dismiss are extended until the earlier of:  (1) fourteen days after the deposition of Richard Connaughton is taken; or (2) September 15, 2009.  This order is without prejudice to Cisco's right to move for a further extension if Mr. Connaughton is unable or unwilling to sit for a deposition on or prior to September 1, 2009.

**SIGNED this 10th day of August, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE