IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:08-CV-20-DF |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CISCO-SYSTEMS, INC. and | § | |
| CISCO-LINKSYS, LLC, | § | |
| | § | |
| Defendants. | § | |

## **ORDER GRANTING STIPULATION REGARDING DISCOVERY**

Having considered the parties' Motion for Entry of Stipulation regarding Discovery, the Court hereby GRANTS said Motion. It is therefore

ORDERED that the following stipulation and agreement is hereby entered into between the parties:

The parties will not seek to discover, and shall not discover, the following communications and materials: (1) drafts of expert reports, draft affidavits, draft declarations or drafts of written testimony; (2) written or oral communications of counsel for the respective parties not relied upon by an expert in forming the opinions in the final report, affidavits, declarations, written testimony or other written materials; and (3) notes of discussions between the testifying expert and counsel for the respective parties regarding a draft or final expert report, affidavit, declaration or written testimony. With the exception of only the foregoing, the parties shall be entitled to discover all documents and information considered by the testifying expert (whether relied upon or not) in forming the opinions.

**SIGNED this 10th day of August, 2009.**

                                                DAVID FOLSOM
                                                UNITED STATES DISTRICT JUDGE