## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC**, | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 5:08-CV-20 DF |
| **CISCO SYSTEMS, INC.**, and | § |
| **CISCO-LINKSYS, LLC**, | § |
| Defendants. | § |

### O R D E R

Before the Court is Defendants' Motion to Compel an Answer to Their Seventh Interrogatory. Dkt. No. 54. Also before the Court is Defendants' Motion Pursuant to Patent Local Rule 3-6(b) for Leave to Supplement Their Invalidity Contentions. Dkt. No. 55. The Court hereby **SETS** these motions for hearing on September 15, 2009 at 10:00 A.M. Each side will have 15 minutes for argument as to <u>each</u> motion (for a <u>total</u> of 30 minutes per side as to <u>both</u> motions).

**IT IS SO ORDERED.**

**SIGNED this 12th day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE