# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., and )<br>CISCO-LINKSYS, LLC, )<br>)<br>Defendants. )<br>) | Civil Action No. 5:08-cv-20-DF<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH DISCLOSURES PURSUANT TO THE COURT'S SCHEDULING ORDER

Cisco Systems, Inc. and Cisco-Linksys LLC (collectively "Cisco") hereby advise the Court and all Parties of Record that on September 2, 2009, pursuant to Line 28 of the Court's May 22, 2008 Scheduling Order, Cisco served upon all Parties of Record its Final Invalidity Contentions.

DATED: September 3, 2009         Respectfully submitted,

By /s/ Sayuri Sharper

POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' NOTICE OF COMPLIANCE WITH DISCLOSURES PURSUANT TO THE COURT'S SCHEDULING ORDER

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date:  September 3, 2009          /s/ Eman Sojoodi