# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO. 5:08-CV-20** |
| ) | |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **CISCO SYSTEMS, INC., and** ) | |
| **CISCO-LINKSYS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## CONTINUANCE OF HEARING DATE

ESN, LLC ("ESN"), plaintiff, in the above-entitled and numbered civil action, moves the Court to continue the Hearing currently set for Tuesday, September 15, 2009 at 10:00 a.m. This continuance is being sought because two of the plaintiff's attorneys, Peter McAndrews and Johnny Ward, are scheduled to be in trial as witnesses at the trial of another of ESN's counsel, Eric Albritton, on the date and time of the hearing. The defendants are unopposed to the requested relief.

WHEREFORE, PREMISE CONSIDERED, plaintiff requests this Court to extend the Hearing currently set for Tuesday, September 15, 2009 at 10:00 a.m.

1

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75605
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Matthew N. Allison
McAndrews, Held & Malloy Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

***Counsel for ESN, LLC***

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 3rd day of September, 2009.

                                                                                           Eric M. Albritton