## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,  )  | |
|   ) | |
|   Plaintiff,   )  | |
|   ) | |
|   v.   ) | Civil Action No. 5:08-cv-20-DF |
|   ) | |
| CISCO SYSTEMS, INC., and  ) | JURY TRIAL DEMANDED |
| CISCO-LINKSYS, LLC,   ) | |
|   ) | |
|   Defendants.   ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY AND SURREPLY

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco) file their unopposed motion for extension of time to file their reply brief regarding their Motion to Dismiss and to file their sur-reply in opposition to Plaintiff's Motion to Disqualify Counsel up to and including September 18, 2009.

Defendants have conferred with counsel for Plaintiff and counsel for Plaintiff is not opposed to this Motion.

WHEREFORE, Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC respectfully request the Court grant an extension up to and including September 18, 2009 for Defendants to file their reply brief regarding their Motion to Dismiss and to file their sur-reply in opposition to Plaintiff's Motion to Disqualify Counsel.

Dated: September 10, 2009          Respectfully submitted,

                                   By: */s/ Michael E. Jones*
                                   Michael E. Jones
                                   Tex. Bar No. 10929400
                                   mikejones@potterminton.com

02099.51301/3093352.1                      1

POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 10, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                                       */s/ Michael E. Jones*