# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CISCO SYSTEMS, INC. and CISCO-LINKSYS LLC, <br><br> Defendants. | CASE NO. 5:08-CV-20-DF <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Defendants Cisco Systems, Inc. and Cisco-Linksys LLC's Agreed Motion to Withdraw Discovery Motions shall be, and is hereby, GRANTED. Defendants' Motion to Amend/Correct Their Invalidity Contentions (Docket # 55, filed February 18, 2009) and their Motion to Compel a Response to Cisco's Seventh Interrogatory (Docket # 54, filed February 10, 2009) and all related briefing and pleadings shall be deemed withdrawn. This Order is without prejudice to Defendants' right to reinstate these motions.

**SIGNED this 11th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE