# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC**, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 5:08-CV-20 DF |
| **CISCO SYSTEMS, INC.**, and § | |
| **CISCO-LINKSYS, LLC**, § | |
| Defendants. § | |

# O R D E R

The Court hereby **CANCELS** the hearing previously set for September 15, 2009 at 10:00 A.M.

Before the Court is Defendants' Second Motion to Compel an Answer to Their Seventh Interrogatory. Dkt. No. 123. Also before the Court is Defendants' Second Motion Pursuant to Patent Local Rule 3-6(b) for Leave to Supplement Their Invalidity Contentions. Dkt. No. 124. The Court hereby **SETS** these motions for **November 4, 2009, at 11:00 A.M.** Each side will have 15 minutes for argument as to each motion (for a total of 30 minutes per side as to both motions).

**IT IS SO ORDERED.**

SIGNED this 14th day of September, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE