**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF
THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE CV-7**

Defendants Cisco-Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") respectfully move for leave of Court to file a reply brief in support of their Motion to Dismiss and a sur-reply brief in opposition to Plaintiff's Motion to Disqualify Counsel. According to Local Rule CV-7 reply briefs for dispositive motions are limited to ten pages and sur-reply briefs for non-dispositive motions are limited to five pages. A copy of Cisco's reply and sur-reply briefs are being filed simultaneously herewith.

Cisco has used its best efforts to limit the number of pages in its briefs. However, the significance of the additional facts uncovered during the course of discovery during the briefing of these Motions, which included multiple depositions of relevant witnesses and the production of numerous relevant documents, required substantial explanation and discussion. Further, ESN moved for and was granted a six page extension on its reply in support of its Motion to Disqualify. Cisco requests additional pages to address ESN's extensive reply. Accordingly,

1

Cisco seeks an additional five pages on its reply in support of its Motion to Dismiss, and an additional page on its sur-reply in opposition to Plaintiff's Motion to Disqualify Counsel.

For the reasons stated herein, Cisco respectfully requests that the Court grant Cisco's Unopposed Motion For Leave to File Briefs in Excess of the Page Limitations Set Forth in Local Rule CV-7.

DATED: September 18, 2009 Respectfully submitted,

By /s/ Kevin A. Smith

POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com

50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE CV-7**

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date: September 18, 2009                     /s/ Kevin A. Smith