# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** | ) |
|        **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) **JURY TRIAL DEMANDED** |
|        **Defendants.** | ) |

## ORDER

This matter having come before the Court on Defendants' Unopposed Motion for Leave to File Briefs in Excess of the Page Limitations Set Forth in Local Rule CV-7, the Court being fully apprised in the premises and the parties having received due notice, it is HEREBY ORDERED:

Defendants' motion is hereby granted.