# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) **JURY TRIAL DEMANDED** |
| **Defendants.** | ) |

## DEFENDANTS' AGREED MOTION TO MODIFY DOCKET CONTROL ORDER

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") move this Court to modify its May 22, 2008 Docket Control Order. Good cause for this request is established because Cisco's trial counsel has a trial scheduled in another matter for the currently scheduled trial date and ESN has requested additional time to conduct fact discovery. Accordingly, Cisco respectfully requests that the Court modify the Docket Control Order as follows:

(1) Extend the "Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference" to November 9, 2009;

(2) Extend the "Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof" to November 13, 2009;

(3) Extend the "Deadline for disclosure of rebuttal expert testimony" to December 8, 2009;

(4) Extend the "Deadline for completion of expert discovery" to January 8, 2010;

(5) Extend the "Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before initial pretrial conference" to February 19, 2010;

(6) Extend the "Deadline for filing all *Daubert* motions" to February 19, 2010;

(7) Extend the "Deadline for parties to make pretrial disclosures" to April 6, 2010;

(8) Extend the deadline for "ESN to provide to other parties its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form" to April 6, 2010;

(9) Extend the deadline for "Cisco to provide to ESN its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form" to April 6, 2010;

(10) Extend the deadline for "Parties to file Proposed Joint Pretrial Order, Proposed Jury Instructions, Joint Verdict Form and Motions in Limine" to April 22, 2010;

(11) Move the date for the "Final Pretrial Conference before Judge David Folsom" to May 6, 2010;

(12) Move the date for the "Jury Selection before Judge Folsom" to a date to be determined in May 2010.

Plaintiff has agreed to the relief sought in this motion. A proposed order is provided for the Court's convenience.

DATED: September 29, 2009          Respectfully submitted,


             By /s/ Kevin A. Smith

POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

/s/ Gerald C. Willis_____

FOR PLAINTIFF, ESN, LLC:

Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' AGREED MOTION TO MODIFY DOCKET CONTROL ORDER

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400

Fax (903) 757-2323

Date: September 29, 2009    /s/ Kevin A. Smith_____