**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ESN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:08-cv-20-DF** |
| | ) | |
| **CISCO SYSTEMS, INC., and** | ) | |
| **CISCO-LINKSYS, LLC,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER GRANTING DEFENDANTS' AGREED MOTION TO MODIFY DOCKET
CONTROL ORDER**

For good cause shown, the Court hereby GRANTS the Defendant's Agreed Motion to

Modify the Docket Control Order. The Docket Control Order is hereby amended as follows:

(1) The "Deadline for completion of all fact discovery, which shall be at least 90 days

before the final pre-trial conference" is set for November 9, 2009;

(2) The "Deadline for disclosure of expert testimony on issues for which a party bears

the burden of proof" is set for November 13, 2009;

(3) The "Deadline for disclosure of rebuttal expert testimony" is set for December 8,

2009;

(4) The "Deadline for completion of expert discovery" is set for January 8, 2010;

(5) The "Deadline for filing dispositive motions, including motions on invalidity and

unenforceability, which shall be at least 75 days before initial pretrial conference" is set for

February 19, 2010;

(6) The "Deadline for filing all *Daubert* motions" is set for February 19, 2010;

Dockets.Justia.com

(7)  The "Deadline for parties to make pretrial disclosures" is set for April 6, 2010;

(8)  The deadline for "ESN to provide to other parties its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form" is set for April 6, 2010;

(9)  The deadline for "Cisco to provide to ESN its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form" is set for April 6, 2010;

(10)  The deadline for "Parties to file Proposed Joint Pretrial Order, Proposed Jury Instructions, Joint Verdict Form and Motions in Limine" is set for April 22, 2010;

(11)  The date for the "Final Pretrial Conference before Judge David Folsom" is set for May 6, 2010;

(12)  The date for the "Jury Selection before Judge Folsom" is set for a date to be determined in May 2010.