# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' AGREED MOTION TO MODIFY DOCKET CONTROL ORDER

For good cause shown, the Court hereby GRANTS the Defendant's Agreed Motion to Modify the Docket Control Order. The Docket Control Order is hereby amended as follows:

(1) The "Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference" is set for November 9, 2009;

(2) The "Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof" is set for November 13, 2009;

(3) The "Deadline for disclosure of rebuttal expert testimony" is set for December 8, 2009;

(4) The "Deadline for completion of expert discovery" is set for January 8, 2010;

(5) The "Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before initial pretrial conference" is set for February 19, 2010;

(6) The "Deadline for filing all *Daubert* motions" is set for February 19, 2010;

(7)  The "Deadline for parties to make pretrial disclosures" is set for April 6, 2010;

(8)  The deadline for "ESN to provide to other parties its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form" is set for April 6, 2010;

(9)  The deadline for "Cisco to provide to ESN its information for Joint Pretrial Order, Proposed Jury Instructions and Verdict Form" is set for April 6, 2010;

(10)  The deadline for "Parties to file Proposed Joint Pretrial Order, Proposed Jury Instructions, Joint Verdict Form and Motions in Limine" is set for April 22, 2010;

(11)  The date for the "Final Pretrial Conference before Judge David Folsom" is set for May 6, 2010;

(12)  The date for the "Jury Selection before Judge Folsom" is set for a date to be determined in May 2010.

**SIGNED this 30th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE