IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Defendants.** | ) |
| | ) |

### JOINT NOTICE THAT DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION TO DISQUALIFY AND IMPOSE SANCTIONS ARE RIPE FOR THE COURT'S CONSIDERATION

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") and Plaintiff ESN, LLC jointly submit this Notice That Defendants' Motion to Dismiss and Plaintiff's Motion to Disqualify and Impose Sanctions Are Ripe For The Court's Consideration.

On April 24, 2009, Cisco moved to dismiss this case for lack of subject matter jurisdiction (DN #71). On April 24, 2009 ESN moved to disqualify counsel and impose sanctions (DN #73). On April 30, 2009, ESN moved to stay the briefing schedule on Cisco's Motion to Dismiss (DN #75). On May 11, 2009, the Court held a teleconference to discuss these Motions (DN #87). In a May 12, 2009 Order (DN #88), the Court stated that it "is inclined to hear all these Motions together but will make a final determination in that regard when the Motion to Dismiss is fully briefed." The Court instructed the parties "to notify the Court by letter when the Motion to Dismiss is ripe for the Court's consideration."

The parties agree and hereby notify the Court that the Motion to Dismiss and the Motion to Disqualify and Impose Sanctions are fully briefed and ripe for the Court's consideration. The parties further request that these motions be set for oral argument.

DATED: September 30, 2009              Respectfully submitted,


                                       By /s/ Kevin A. Smith


        POTTER MINTON
        A Professional Corporation

        MICHAEL JONES
        Tex. Bar No. 10929400
        mikejones@potterminton.com
        110 N. College, Suite 500 (75702)
        P.O. Box 359
        Tyler, Texas 75710
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846


        QUINN EMANUEL URQUHART OLIVER &
        HEDGES, LLP

        CHARLES K. VERHOEVEN
        LEAD COUNSEL
        Cal. Bar No. 170151
        charlesverhoeven@quinnemanuel.com
        KEVIN A. SMITH
        Cal. Bar No. 250814
        kevinsmith@quinnemanuel.com
        MATTHEW D. CANNON
        Cal. Bar No. 252666
        matthewcannon@quinnemanuel.com
        50 California St., 22nd Floor
        San Francisco, California 94111
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC


/s/ Gerald C. Willis_____

FOR PLAINTIFF, ESN, LLC:

Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison

McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

JOINT NOTICE THAT DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION TO DISQUALIFY AND IMPOSE SANCTIONS ARE RIPE FOR THE COURT'S CONSIDERATION

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street

    Longview, Texas 75601
    Telephone (903) 757-6400
    Fax (903) 757-2323

Date: September 30, 2009          /s/ Kevin A. Smith_____