**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **ESN, LLC**, | § |
|     **Plaintiff,** | § |
| | § |
| **v.** | § |
| | §   **CIVIL ACTION NO. 5:08-CV-20 DF** |
| **CISCO SYSTEMS, INC., and,** | § |
| **CISCO-LINKSYS, LLC,** | § |
|     **Defendants.** | § |

**O R D E R**

Before the Court is Plaintiff's Unopposed Motion for Continuance of Hearing Date. Dkt. No. 119. Since the filing of Plaintiff's motion, the Court has rescheduled the September 15, 2009 hearing that was the subject of Plaintiff's motion. *See* Order, Dkt. No. 126. Plaintiff's motion (Dkt. No. 119) is hereby TERMINATED as moot.

    **IT IS SO ORDERED.**

    **SIGNED this 2nd day of October, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE