## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CISCO SYSTEMS, INC. and** )<br>**CISCO-LINKSYS, LLC,** )<br>)<br>**Defendants.** ) | Civil Action No. 5:08-CV-20-DF |

### PLAINTIFF ESN, LLC'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMITATION SET FORTH IN LOCAL RULE CV-7

ESN, LLC ("ESN") respectfully moves for leave of Court to file a brief moving for sanctions against Cisco Systems, Inc. and Cisco-Linksys, LLC ("Cisco"). Local Rule CV-7(a)(2) limits non-dispositive motions to 15 pages. Although ESN perceives this as a dispositive motion (which would be afforded 30 pages under Local Rule CV-7(a)(1)) based on ESN's request and the Court's power to dismiss, it is filing this motion in an abundance of caution should the Court deem this a non-dispositive motion. ESN is requesting leave to exceed the page limitation by five pages, for a total of 20 pages.

ESN has used its best efforts to limit the number of pages in its brief, but has been unable to do so. The reason that ESN needs to exceed the 15-page limit is the extensive factual background that gives rise to the Motion for Sanctions for Discovery Misconduct. While ESN made every attempt to avoid having to file such a motion, recent events have left ESN with no further options. It is imperative that the Court understand the totality of circumstances giving rise to ESN's motion. Consequently, the full background and application of relevant case law necessitates an additional five pages.

For the reasons stated herein, ESN respectfully requests that the Court grant ESN's Motion For Leave to Exceed the Page Limitation Set Forth in Local Rule CV-7 by five pages, for a total of 20 pages.

Respectfully submitted,

FOR PLAINTIFF, ESN, LLC:

Dated: October 5, 2009

/s/ Heather Bjella
George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

**PLAINTIFF ESN, LLC'S MOTION TO IMPOSE SANCTIONS ON CISCO FOR DISCOVERY MISCONDUCT**

by email to:

Charles K. Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

Michael E. Jones
Potter Minton
110 N. College
Suite 500
Tyler, TX 75702
mike.jones@potterminton.com

Date: October 5, 2009

        /s/ Holly K. Mack
        Holly K. Mack
        Litigation Paralegal