# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |  |
|---|---|---|
| **ESN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:08-CV-20-DF |
| | ) | |
| **CISCO SYSTEMS, INC. and** | ) | |
| **CISCO-LINKSYS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7, the Court being fully apprised in the premises and the parties having received due notice, it is **HEREBY ORDERED:**

Plaintiff's motion is hereby granted.