# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., and )<br>CISCO-LINKSYS, LLC, )<br>)<br>    Defendants. ) | Civil Action No. 5:08cv20-DF |

**PLAINTIFF ESN, LLC'S NOTICE OF CERTIFICATE OF CONFERENCE**

Plaintiff, ESN, LLC ("ESN"), by and through its counsel, submits the attached certificate of conference inadvertently not included with document entry 145, Motion for Leave to File Excess Pages.

                                                    Respectfully submitted,

                                                    FOR PLAINTIFF, ESN, LLC:

                                                  _____
                                                  George P. McAndrews
                                                  Thomas J. Wimbiscus
                                                  Peter J. McAndrews
                                                  Gerald C. Willis
                                                  Paul W. McAndrews
                                                  Heather A. Bjella
                                                  Matthew N. Allison
                                                  McAndrews, Held & Malloy, Ltd.
                                                  500 W. Madison Street, 34th Floor
                                                  Chicago, Illinois 60661
                                                  Telephone (312) 775-8000
                                                  Facsimile (312) 775-8100
                                                  pmcandrews@mcandrews-ip.com

                                                  Eric M. Albritton

Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 6th day of October, 2009.

Date: October 6, 2009

_____
T. John Ward