## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for ESN has complied with the meet and confer requirement in Local Rule CV-7(h).

The meet and confer requirement in Local Rule CV-7 was conducted on October 6, 2009 between Gerald Willis for the Plaintiff, ESN, and Victoria Maroulis, for the Defendant, Cisco. Counsel for Cisco indicated that they do not oppose the motion to exceed the page limitation.

Dated: October 6, 2009          By:    /s/ John Ward, Jr.
                                                          T. John Ward, Jr.