**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ESN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:08-cv-20-DF** |
| | ) | |
| **CISCO SYSTEMS, INC., and** | ) | |
| **CISCO-LINKSYS, LLC,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANTS' LOCAL RULE CV-5(7) STATEMENT

The exhibits and contents of Cisco Systems, Inc. and Cisco-Systems LLC's Motion for a

Protective Order and Corrected Motion for a Protective Order were filed under seal on October 6, 2009

in compliance with the Court's Protective Order in this case.  The exhibits and briefs contain

information designated as "Confidential."

DATED:  October 7, 2009                     Respectfully submitted,


                                            By  /s/ Kevin A. Smith


                                                POTTER MINTON
                                                A Professional Corporation

                                                MICHAEL JONES
                                                Tex. Bar No. 10929400
                                                mikejones@potterminton.com
                                                110 N. College, Suite 500 (75702)
                                                P.O. Box 359
                                                Tyler, Texas 75710
                                                Telephone:  (903) 597-8311
                                                Facsimile:  (903) 593-0846

                                                QUINN EMANUEL URQUHART OLIVER &
                                                HEDGES, LLP

1

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' LOCAL RULE CV-5(7) STATEMENT

by email and via the Court's Electronic Filing System to:

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date:  October 7, 2009                          /s/ Kevin A. Smith