IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:08-CV-20 DF |
| § | |
| CISCO SYSTEMS, INC., and, § | |
| CISCO-LINKSYS, LLC, § | |
| § | |
| Defendants. § | |
| § | |
| § | |

**O R D E R**

Before the Court is Defendants' Second Motion to Compel an Answer to Their Seventh Interrogatory. Dkt. No. 123. Also before the Court is Defendants' Second Motion Pursuant to Patent Local Rule 3-6(b) for Leave to Supplement Their Invalidity Contentions. Dkt. No. 124. The Court previously set these motions for hearing on November 4, 2009. *See* Order, Dkt. No. 126. The Court ordered that each side would have 15 minutes for argument as to each motion (for a total of 30 minutes per side as to both motions).

Due the Court's trial schedule in early November, the Court hereby **RESETS** the November 4, 2009 hearing on these motions (Dkt. Nos. 123 and 124) for **November 20, 2009 at 10:00 A.M.** The previously ordered time limits for argument on these motions shall apply.

Also before the Court are Defendants' Motion to Dismiss for Lack of Standing (Dkt. No. 71) and Plaintiff's Motion to Disqualify Counsel and Impose Sanctions on Defendants and their Counsel for Improperly Offering Financial Incentives in Exchange for Testimony (Dkt. No. 73). The Court hereby **SETS** these motions for hearing on **November 20, 2009 at 10:00 A.M.** As to

these motions (Dkt. Nos. 71 and 73), Defendants will have a <u>total</u> of 30 minutes to present their Motion to Dismiss and respond to Plaintiff's Motion to Disqualify.  Likewise, Plaintiff will have a <u>total</u> of 30 minutes to present its Motion to Disqualify and respond to Defendants' Motion to Dismiss.

    **IT IS SO ORDERED.**

    **SIGNED this 9th day of October, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE