# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:08-cv-20-DF ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' BRIEFING DEADLINE

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") move for an extension of time in which to file their opposition to Plaintiff ESN, LLC's "Motion to Impose Sanctions on Cisco for Discovery Misconduct," (Dkt. # 146) until Tuesday, October 27, 2009. This is Defendants' first request to extend this deadline. Plaintiff does not oppose the requested extension.

DATED:  October 22, 2009          Respectfully submitted,

                                  By /s/ Kevin A. Smith

02099.51301/3166721.1                       1

POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400

Fax (903) 757-2323

Date: October 22, 2009          /s/ Kevin A. Smith