# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:08-cv-20-DF ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## ORDER

Defendants' Unopposed Motion to Extend Defendants' Briefing Deadline is hereby GRANTED. It is therefore ORDERED that Defendants' deadline to file their Opposition to Plaintiff's Motion to Impose Sanctions on Cisco For Discovery Misconduct is extended until October 27, 2009.

**SIGNED this 23rd day of October, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

02099.51301/3039195.1                                1