## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **ESN, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This matter having come before the Court on Defendants' October 27, 2009 Unopposed Motion for Leave to File Brief in Excess of the Page Limitations Set Forth in Local Rule CV-7, the Court being fully apprised in the premises and the parties having received due notice, it is HEREBY ORDERED:

Defendants' motion is hereby granted.