IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:08-CV-20-DF |
| | ) | |
| v. | ) | |
| | ) | Confidential – Subject to Protective |
| CISCO SYSTEMS, INC. and | ) | Order.  The Materials Contained Herein |
| CISCO-LINKSYS, LLC, | ) | Have Been Designated Confidential And |
| | ) | May Not Be Examined Except By The |
| Defendants. | ) | Court or Pursuant to Court Order |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMITATION SET FORTH IN LOCAL RULE CV-7**

ESN, LLC ("ESN") respectfully moves for leave of Court to file a reply brief in support of its motion for discovery sanctions in excess of the page limit of Local Rule CV-7.  Due to the numerous issues addressed in both ESN's opening brief and Defendants' opposition brief, ESN was unable to keep the reply within the page limit of Local Rule CV-7.

ESN used its best efforts to be as brief as possible; however the issues are very fact intensive and required significant detailed explanations.  As a result, the fact section took four and a half pages.  Also, responding to the case law cited by Cisco required detailed analysis and discussion.  Consequently, argument section took up 6 and one half pages.

For the reasons stated herein, ESN respectfully requests that the Court grant ESN's Motion for Leave to Exceed the Page Limitation Set Forth in Local Rule CV-7 by a little more than six pages, for a total of 11 and 1/3 pages.

Respectfully submitted,

**FOR PLAINTIFF, ESN, LLC:**

Dated: November 4, 2009    /s/ Gerald C. Willis
George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Heather A. Bjella
Matthew N. Allison
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for ESN has complied with the meet and confer requirement in Local Rule CV-7(h). Cisco's counsel doe not oppose this motion.

Dated: November 4, 2009     By:    /s/ Gerald C. Willis
                                                                  Gerald C. Willis

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMITATION SET FORTH IN LOCAL RULE CV-7**

by email those listed below:

Charles K. Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

Michael E. Jones
Potter Minton
110 N. College
Suite 500
Tyler, TX 75702
mike.jones@potterminton.com


Date: November 4, 2009

              /s/ Holly Mack_____