IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:08-CV-20-DF |
| | ) | |
| v. | ) | |
| | ) | Confidential – Subject to Protective |
| CISCO SYSTEMS, INC. and | ) | Order.  The Materials Contained Herein |
| CISCO-LINKSYS, LLC, | ) | Have Been Designated Confidential And |
| | ) | May Not Be Examined Except By The |
| Defendants. | ) | Court or Pursuant to Court Order |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File a Brief in excess of the Page Limitation Set Forth in Local Rule CV-7, the Court being fully apprised in the premises and the parties having received due notice, it is **HEREBY ORDERED:**

Plaintiff's motion is hereby granted.

**SIGNED this 5th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE