# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:08-CV-20-DF |
| | ) |
| CISCO SYSTEMS, INC. and | ) |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| **Defendants.** | ) |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File a Brief in Excess of the Page Limitation Set Forth in Local Rule CV-7 (Dkt. No. 145) the Court being fully apprised in the premises and the parties having received due notice, it is **HEREBY ORDERED:**

Plaintiff's motion is hereby granted.

**SIGNED this 12th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE