# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| Defendants. | |

## ORDER

The Parties' stipulated motion to temporarily stay the case is hereby GRANTED. The Court hereby ORDERS as follows:

1. The May 2010 pretrial conference and trial and all pretrial deadlines are vacated and the case shall be stayed upon conclusion of the November 20, 2009 motion hearing until sixty days after the Court rules on (i) Cisco Systems, Inc.'s and Cisco-Linksys, LLC's (collectively "Cisco") Motion to Compel an Answer to Interrogatory No. 7 (Dkt. No. 123); (ii) Cisco's Motion Pursuant to Patent Local Rule 3-6(b) for Leave to Supplement Their Invalidity Contentions (Dkt. No. 124); (iii) Cisco's Motion to Dismiss for Lack of Standing (Dkt. No. 71); (iv) ESN's Motion to Disqualify Counsel and Impose Sanctions on Defendants and Their Counsel for Offering Financial Incentives in Exchange for Testimony (Dkt. No. 73); (v) ESN's Motion for Discovery Sanctions (Dkt. No. 146); and (vi) Cisco's Motion for a Protective Order (Dkt. No. 151).

2. ESN will not amend its complaint to add patents, causes of action, or claims for relief.

3. After the Court rules on the above-listed motions, the parties will attempt to jointly propose a schedule addressing: (a) completion of any fact discovery that is appropriate in view of the Court's rulings; (b) all remaining pretrial dates and deadlines; and (c) the pretrial conference and trial date.