# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|           **Plaintiff,** | ) ) ) |
| v. | ) )   Civil Action No. 5:08-cv-20-DF ) |
| **CISCO SYSTEMS, INC., and** **CISCO-LINKSYS, LLC,** | ) )   **JURY TRIAL DEMANDED** ) ) |
|           **Defendants.** | ) ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE THE HEARING ON THE PENDING MOTIONS CURRENTLY BEFORE THE COURT

Defendants Cisco-Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") respectfully submits this response to ESN's Motion to Consolidate the Hearing on the Pending Motions Currently Before the Court.

Currently scheduled for oral argument on November 20, 2009 are four motions: (1) Cisco's Motion to Dismiss for Lack of Standing (Dkt. No. 71); and (2) ESN's Motion to Disqualify Counsel and Impose Sanctions on Defendants and Their Counsel (Dkt. No. 73) (3) Cisco's Motion to Compel an Answer to Interrogatory No. 7 (Dkt. No. 123); and (4) Cisco's Motion Pursuant to Patent Local Rule 3-6(b) for Leave to Supplement Their Invalidity Contentions (Dkt. No. 124) (collectively "the four scheduled motions").

ESN asks the Court schedule oral argument on two additional motions on the same day as the four scheduled motions: (1) ESN's Motion for Discovery Sanctions (Dkt. No. 146); and (2) Cisco's Motion for a Protective Order (Dkt. No. 151). Should the Court, in its discretion, grant ESN's request, Cisco will be prepared to argue all six motions at the November 20, 2009 hearing.

1

Nevertheless, Cisco believes that consolidation of these two additional motions is not warranted for the following reasons.

First, the four scheduled motions will already account for two hours of scheduled argument. These four fully briefed motions concern very important issues, including a motion to disqualify counsel and a motion to dismiss the complaint. The two additional motions that ESN seeks to add to the November 20, 2009 hearing also concern important issues, including ESN's request for terminating sanctions and ESN's attempts to depose several of Cisco's attorneys. One motion, ESN's Motion for Discovery Sanctions, has not yet been fully briefed.[1] Each of these highly important motions is deserving of the Court's full attention and full argument from the parties. If, in the Court's discretion, there is sufficient time to argue and consider all these motions at the November 20, 2009 hearing, Cisco has no objection to arguing all six on that date.

Second, ESN bases its Motion to Consolidate in part on its contention that "Cisco is considering whether or not it still intends to pursue" its Motion to Compel an Answer to Interrogatory No. 7. ESN states that its response to Cisco's Interrogatory No. 8 "substantially overlaps the information requested by Interrogatory No. 8." The information requested by Interrogatory No. 7 is substantially broader than the information requested by Interrogatory No. 8. The Motion to Compel is therefore not moot, and Cisco fully intends to pursue a response.

For the foregoing reasons, Cisco requests that the Court allow the hearing to go forward as scheduled.

---

[1] ESN states that Cisco's sur-reply is due today, Friday November 13, 2009. That is incorrect. ESN filed its Reply on November 4, 2009 (Dkt. No. 164.) Local Rule CV-7(f) provides Cisco five days to file its sur-reply. Under Federal Rule of Civil Procedure 6(d), because ESN served Cisco electronically, three days are added. Under Federal Rule of Civil Procedure 6(a)(2), weekends and Veterans Day (November 11) are excluded. As a result, Cisco's sur-reply is due Monday, November 16, 2009.

DATED: November 15, 2009             Respectfully submitted,


                                     By /s/ Kevin A. Smith


                                     POTTER MINTON
                                     A Professional Corporation

                                     MICHAEL JONES
                                     Tex. Bar No. 10929400
                                     mikejones@potterminton.com
                                     110 N. College, Suite 500 (75702)
                                     P.O. Box 359
                                     Tyler, Texas 75710
                                     Telephone: (903) 597-8311
                                     Facsimile: (903) 593-0846


                                     QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     CHARLES K. VERHOEVEN
                                     LEAD COUNSEL
                                     Cal. Bar No. 170151
                                     charlesverhoeven@quinnemanuel.com
                                     KEVIN A. SMITH
                                     Cal. Bar No. 250814
                                     kevinsmith@quinnemanuel.com
                                     MATTHEW D. CANNON
                                     Cal. Bar No. 252666
                                     matthewcannon@quinnemanuel.com
                                     50 California St., 22nd Floor
                                     San Francisco, California 94111
                                     Telephone: (415) 875-6600
                                     Facsimile: (415) 875-6700

                                     VICTORIA F. MAROULIS
                                     Cal. Bar No. 202603
                                     victoriamaroulis@quinnemanuel.com
                                     SAYURI K. SHARPER
                                     Cal. Bar No. 232331
                                     sayurisharper@quinnemanuel.com

555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE THE HEARING ON THE PENDING MOTIONS CURRENTLY BEFORE THE COURT

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date: November 15, 2009             /s/ Kevin A. Smith