IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:08-CV-20 DF |
| § | |
| CISCO SYSTEMS, INC., and, § | |
| CISCO-LINKSYS, LLC, § | |
| Defendants. § | |

## O R D E R

Before the Court is Plaintiff's Motion to Consolidate the Hearings on the Pending Motions Currently Before the Court. Dkt. No. 170. Also before the Court is Defendants' response. Dkt. No. 171. The Court previously set four pending motions for hearing on November 20, 2009. *See* Dkt. No. 152. Plaintiff now moves to set two additional, recently-ripe motions for hearing on that same date: Plaintiff's Motion for Discovery Sanctions (Dkt. No. 146); and Defendants' Motion for a Protective Order (Dkt. No. 151). *See* Dkt. No. 170. Defendants respond that each of these additional motions 'concern[s] very important issues" and "is deserving of the Court's full attention and full argument from the parties." Dkt. No. 171 at 2.

The Court's schedule will not accommodate argument of the two additional motions on November 20, 2009. Plaintiff's Motion to Consolidate the Hearings on the Pending Motions Currently Before the Court (Dkt. No. 170) is therefore hereby **DENIED**.

**SIGNED this 16th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE