# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
|         Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE CV-7

Defendants Cisco-Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco") respectfully move for leave of Court to file a sur-reply brief in opposition to ESN's "Motion ot Impose Sanctions on Cisco for Discovery Misconduct" in excess of the page limit provided by Local rule CV-7. According to Local Rule CV-7 sur-reply briefs for non-dispositive motions are limited to five pages. Cisco has used its best efforts to limit the number of pages in its brief. However, ESN moved for and was granted a 6 1/3 page extension on its reply brief in support of its Motion. Cisco, therefore, requests an additional page to address ESN's extensive Motion.

For the reasons stated herein, Cisco respectfully requests that the Court grant Cisco's Unopposed Motion For Leave to File Brief in Excess of the Page Limitations Set Forth in Local Rule CV-7. ESN does not oppose this Motion.

DATED: November 16, 2009        Respectfully submitted,

                                                  By /s/ Kevin A. Smith

Dockets.Justia.com

POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE CV-7

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date: November 16, 2009         /s/ Kevin A. Smith