## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **ESN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:08-cv-20-DF** |
| | ) | |
| **CISCO SYSTEMS, INC., and** | ) | |
| **CISCO-LINKSYS, LLC,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

This matter having come before the Court on Defendants' November 16, 2009

Unopposed Motion for Leave to File Brief in Excess of the Page Limitations Set Forth in Local

Rule CV-7, the Court being fully apprised in the premises and the parties having received due

notice, it is HEREBY ORDERED:

Defendants' motion is hereby granted.

   **SIGNED this 17th day of November, 2009.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com