IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

| | | |
|---|---|---|
| ESN LLC | )( | |
| | )( | |
| V. | )( | CIVIL NO. 5:08CV20 |
| | )( | |
| CISCO SYSTEMS | )( | |

ATTORNEY FOR PLAINTIFFS:     Peter McAndrews;  Gerald Willis;  Johnny Ward

ATTORNEY FOR DEFENDANTS:  Charles Verhoeven; Michael Jones; Kevin Smith; Victoria Maroulis

LAW CLERK:     David Keyzer

COURTROOM DEPUTY:     Mel Martin

COURT REPORTER:     Libby Crawford

MOTION HEARING
November 20, 2009 @ 10:00 am

OPEN:     9:58          ADJOURN:    11:27

9:58   ct opens; ct/ motions set; tone in motions;

9:59   Verhoeven/ argues motion to dismiss;

10:14  McAndrews/ responds;

10:17  ct/ planned business model;

10:17  McAndrews/ responds;

10:26  ct/ position that there was oral modification of the contract;

10:26  McAndrews/ mutual understanding;

10:30  ct/ let's go to the motion to disqualify and for sanctions;

10:30   McAndrews/ argues motion to disqualify and for sanctions;

10:31   ct/ facts of this case and U.S. Surgical and don't see any difference;

10:32   McAndrews/ have not read that case; in Ethicon case;

10:32   ct/ same case we are referring to it by different parties;

10:33   McAndrews/ continues with argument;

10:42   Jones/ responds;

10:58   McAndrews/ reply;

11:00   ct/ remaining motions and feel that they might could be decided on the motions, unless ptys have other points they wish to be heard on;

11:01   Willis/ have several points we would like to cover;

11:01   Maroulis/ argues motion to amend invalidity contentions;

11:08   ct/ any serious opposition to this motion; why do you feel they shouldn't be allowed to amend their invalidity contentions;

11:09   Willis/ responds;

11:16   Maroulis/ no reply; 11:17 argues motion to compel;

11:19   Willis/ one more point as to prior motion; 11:20 responds re: motion to compel;

11:24   Maroulis/ reply;

11:25   ct/ are all deposition pages included in the record that relate to the motion to disqualify;

11:26   McAndrews/ you will find a complete record; and if not can we supplement with a complete transcript;

11:26   ct/ will try to have an order out by the end of the year; request to hear additional motions and if motion is not granted we will set those as soon as possible;

11:27   recess;