**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **ESN, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

**TO THE COURTS AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE**, effective January 11, 2010, the address for Victoria F. Maroulis and Sayuri K. Sharper of the Silicon Valley Office of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC, will be changed from:

>Quinn Emanuel Urquhart Oliver & Hedges, LLP
>555 Twin Dolphin Drive, Ste. 560
>Redwood Shores, CA 94065
>Telephone: 650-801-5000
>Facsimile: 650-801-5100

**to:**

>Quinn Emanuel Urquhart Oliver & Hedges, LLP
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, CA 94065
>Telephone: 650-801-5000
>Facsimile: 650-801-5100

1

DATED:  December 1, 2009            Respectfully submitted,


                                    By  /s/ Victoria F. Maroulis


                                        POTTER MINTON
                                        A Professional Corporation

                                        MICHAEL JONES
                                        Tex. Bar No. 10929400
                                        mikejones@potterminton.com
                                        110 N. College, Suite 500 (75702)
                                        P.O. Box 359
                                        Tyler, Texas 75710
                                        Telephone:  (903) 597-8311
                                        Facsimile:  (903) 593-0846


                                        QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

                                        CHARLES K. VERHOEVEN
                                        LEAD COUNSEL
                                        Cal. Bar No. 170151
                                        charlesverhoeven@quinnemanuel.com
                                        KEVIN A. SMITH
                                        Cal. Bar No. 250814
                                        kevinsmith@quinnemanuel.com
                                        MATTHEW D. CANNON
                                        Cal. Bar No. 252666
                                        matthewcannon@quinnemanuel.com
                                        50 California St., 22nd Floor
                                        San Francisco, California 94111
                                        Telephone:  (415) 875-6600
                                        Facsimile:  (415) 875-6700

                                        VICTORIA F. MAROULIS
                                        Cal. Bar No. 202603
                                        victoriamaroulis@quinnemanuel.com
                                        SAYURI K. SHARPER
                                        Cal. Bar No. 232331
                                        sayurisharper@quinnemanuel.com

555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

NOTICE OF CHANGE OF ADDRESS

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Fax (903) 757-2323

Date: December 1, 2009 /s/ Victoria F. Maroulis