IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) JURY TRIAL DEMANDED |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL REDACTION**

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively, "Cisco") hereby move for an order redacting approximately one and one-half pages of the sixty-six page transcript from the parties' November 20, 2009 hearing regarding four pending motions. Dkt. 179. Cisco filed notice of its intent to request redaction on December 16, 2009. Dkt. 180. Plaintiff ESN, LLC ("ESN") does not oppose this motion.

During oral argument on Cisco's Motion to Dismiss and ESN's Motion to Disqualify, counsel for the parties referenced terms of a confidential business relationship between Cisco and a third party, Iperia. The written document describing this relationship was designated "Confidential – Outside Counsel Only" pursuant to paragraph 5 of this Court's June 5, 2008 protective order (Dkt.34) when it was produced in this matter. *See* Dkt. 74, Ex. S-19. All briefing on the Motion to Dismiss and ESN's Motion to Disqualify in which this business relationship was discussed was filed under seal. *See* Dkts. 71-74, 85, 106-109, 136-137, 139.

1

Good cause exists for sealing the following passages from the transcript of the hearing on November 20 because they contain discussion of the confidential terms of Cisco's and Iperia's agreement, which are governed by the Protective Order:

- Page 17, lines 17 through 19 ("Iperia … themselves.");

- Page 26, lines 17 through 20 ("Iperia … argued.");

- Page 29, lines 19 through 23 ("Cisco … license.");

- Page 30, lines 1 through 5 ("Cisco's … argued.");

- Page 34, line 5 (three words following "payment");

- Page 34, line 25 through page 35, line 10 ("It … rights.");

- Page 36, line 24 (entire);

- Page 36, line 25 through page 37, line 3 ("litigation … source."); and

- Page 37, lines 12 through 15 ("In … rights.").

For the foregoing reasons, Cisco respectfully requests an order sealing the above-enumerated portions of the transcript of the November 20, 2009 motions hearing and directing the court reporter to redact those passages from all publicly available versions of the transcript.

DATED: December 16, 2009                    Respectfully submitted,


By /s/ Matthew D. Cannon


POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com

555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 16th day of December, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

    /s/ Matthew D. Cannon