IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) Civil Action No. 5:08-cv-20-DF ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) ) JURY TRIAL DEMANDED ) ) |
|     Defendants. | ) ) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL REDACTION

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively, "Cisco") moved for an order redacting one and one-half pages from the sixty-six page transcript of the parties' November 20, 2009 motion hearing. Dkt. 179. Cisco filed notice of its intent to request redaction on December 16, 2009. Dkt. 180. Plaintiff ESN, LLC ("ESN") does not oppose Cisco's motion. Accordingly, such motion is GRANTED, and it is ORDERED THAT the transcript of the November 20, 2009 claim construction hearing is sealed as follows:

- Page 17, lines 17 through 19 ("Iperia … themselves.");
- Page 26, lines 17 through 20 ("Iperia … argued.");
- Page 29, lines 19 through 23 ("Cisco … license.");
- Page 30, lines 1 through 5 ("Cisco's … argued.");
- Page 34, line 5 (three words following "payment");
- Page 34, line 25 through page 35, line 10 ("It … rights.");
- Page 36, line 24 (entire);
- Page 36, line 25 through page 37, line 3 ("litigation … source."); and
- Page 37, lines 12 through 15 ("In … rights.").

It is further ordered that the court reporter shall redact those passages from all publicly available versions of the transcript.