# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:08-CV-20 DF |
| § | |
| CISCO SYSTEMS, INC., and, § | |
| CISCO-LINKSYS, LLC, § | |
| § | |
| Defendants. § | |

## JUDGMENT OF DISMISSAL

In accordance with the Court's Order, entered contemporaneously herewith, granting Defendants' Motion to Dismiss for Lack of Standing (Dkt. No. 71), the Court **ORDERS** that the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE**. Any pending motions not expressly granted are hereby **DENIED**. The Court retains jurisdiction to enforce sanctions imposed on Defendants by the above-referenced contemporaneous Order.

   **IT IS SO ORDERED.**

   **SIGNED this 30th day of December, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE