IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC., and<br>CISCO-LINKSYS, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:08-cv-20-DF<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND LOCAL RULE CV-54(A) DEADLINE FOR FILING BILL OF COSTS

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC move for an extension of thirty days in which to file their bill of costs pursuant to Local Rule CV-54. The current deadline for Defendants to file their bill of costs is January 13, 2010. Defendants request an additional thirty days to comply with Local Rule CV-54 until February 12, 2010. Plaintiff does not oppose this extension.

DATED: January 13, 2010　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By /s/ Kevin A. Smith

POTTER MINTON
A Professional Corporation

MICHAEL JONES
Tex. Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
MATTHEW D. CANNON
Cal. Bar No. 252666
matthewcannon@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603
victoriamaroulis@quinnemanuel.com
SAYURI K. SHARPER
Cal. Bar No. 232331
sayurisharper@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Cisco Systems, Inc. and Cisco-Linksys, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the date this proof of service is signed below, I served the foregoing:

DEFENDANTS' UNOPPOSED MOTION TO EXTEND LOCAL RULE CV-54(A) DEADLINE FOR FILING BILL OF COSTS

by email and via the Court's Electronic Filing System to

George P. McAndrews
gmcandrews@mcandrews-ip.com
Thomas J. Wimbiscus
twimbiscus@mcandrews-ip.com
Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Gerald C. Willis
jwillis@mcandrews-ip.com
Paul W. McAndrews
pwmcandrews@mcandrews-ip.com
Matthew N. Allison
mallison@mcandrews-ip.com
Heather Bjella
hbjella@mcandrews-ip.com
Holly Mack
hmack@mcandrews-ip.com
McAndrews, Held & Malloy
500 West Madison, Suite 3400
Chicago, IL 60661
Telephone 312(775-8000
Fax (312) 775-8100

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Fax (903) 757-2323

T. John Ward
jw@jwfirm.com
Ward & Smith Law Firm
111 West Tyler Street
Longview, Texas 75601

Telephone (903) 757-6400
Fax (903) 757-2323

Date: January 13, 2010 /s/ Kevin A. Smith