# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Defendants' Unopposed Motion to Extend the Local Rule CV-54(a) Deadline for Filing Bill of Costs is hereby GRANTED. It is therefore ORDERED that Defendants' deadline to file any Bill of Costs is extended to February 12, 2010.

**SIGNED** this 19th day of January, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE