IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ESN, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:08-CV-20-DF |
| | ) | |
| CISCO SYSTEMS, INC., and | ) | |
| CISCO-LINKSYS, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff ESN, LLC ("ESN") in the above-captioned action hereby appeals to the United States Court of Appeals for the Federal Circuit from the following judgment and order: The Court's Judgment dated and entered on December 30, 2009 and the Order and opinion dated and entered on December 30, 2009.

    Respectfully submitted,

    /s/ Eric M. Albritton
    Eric M. Albritton
    Lead Attorney
    Texas State Bar No. 00790215
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75605
    Telephone (903) 757-8449
    Facsimile (903) 758-7397
    ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
Gerald C. Willis
Paul W. McAndrews
Matthew N. Allison
McAndrews, Held & Malloy Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

*Counsel for ESN, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 28th day of January, 2010.

_/s/ Eric M. Albritton_
Eric M. Albritton

2