# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 5:08-cv-20-DF |
| CISCO SYSTEMS, INC., and<br>CISCO-LINKSYS, LLC, | ) JURY TRIAL DEMANDED |
|     Defendants. | ) |

## ORDER

Defendants' Second Unopposed Motion to Extend the Local Rule CV-54(a) Deadline for Filing Bill of Costs is hereby GRANTED. It is therefore ORDERED that Defendants' deadline to file any Bill of Costs is extended to February 17, 2010.