IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:08-cv-20-DF ) |
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, | ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## ORDER

Defendants' Second Unopposed Motion to Extend the Local Rule CV-54(a) Deadline for Filing Bill of Costs is hereby GRANTED. It is therefore ORDERED that Defendants' deadline to file any Bill of Costs is extended to February 17, 2010.

**SIGNED this 16th day of February, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE